UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DIBO HAFIF,

                                  Plaintiff,

-against-

RABBI ELI J. MANSOUR ET AL.,

                                  Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

22-CV-1199 (LDH)(RML)

       **PLEASE TAKE NOTICE** that **JENNIFER GOLTCHE**, Senior Counsel, on behalf of the Corporation Counsel of the City of New York, Sylvia O. Hinds-Radix, appears herein as counsel of record for the City of New York as an Interested Party.

Dated:        New York, New York
                 August 26, 2022

                                       SYLVIA O. HINDS-RADIX
                                       Corporation Counsel of the City of New York
                                       *Attorney for the City of New York*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-2469
                                       jgoltche@law.nyc.gov

                                       By:    *Jennifer Goltche*
                                                JENNIFER GOLTCHE
                                                Senior Counsel
                                                Special Federal Litigation Division

cc:    **BY U.S. Mail**
        Dibo Hafif
        57 Gravesend Neck Road
        Brooklyn, New York 11223
        *Plaintiff Pro Se*

        **By ECF**
        *All Counsel of Record*