בס"ד

Dibo Hafif<br>
57 Gravesend Neck Road, 1Fl.<br>
Brooklyn, New York 11223<br>
Direct | 917.418.4837 Email | jeffhafif@yahoo.com

---

September 7, 2022

**VIA ECF**
Honorable Justice Robert Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
**in the Clerk's Office**
**U.S. District Court, EDNY**
**Sep 7, 2022, 5:36 PM**
**Brooklyn**
**Pro Se Office via Box.com**

Re:     <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u>
        22-CV-01199 (LDH)(RML)

Dear Honorable Court:

    I submitted the appropriate documents in request for Clerk's Default on those Defendants who were served with the complaint and failed to respond in the permitted time. I did this on August 3, 2022. It is now over one month later and the Clerk's default request has not been addressed. Please advise.

Respectfully Submitteds;

*/s/ Dibo Hafif*

Pro Se - Plaintiff