בס"ד

Dibo Hafif
57 Gravesend Neck Road, 1Fl.
Brooklyn, New York 11223
Direct : 917.418.4837 | Email : jeffhafif@yahoo.com

___

October 31, 2022

**VIA ECF**
Honorable Justice Robert Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RECEIVED IN PRO SE
OCT 31 2022 @ 8:11 PM
VIA BOX.COM

Re: <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u>
22-CV-1199 (LDH)(RML)

Dear Honorable Court:

    I have complied with the Court's request to submit an additional notarized affidavit in support of my motion for alternative service which was filed several months ago. I have not received an update as to when this Court will issue a decision on said motion. All I have received is an order directing me to file a letter in response to the letter requests from the Defendants to have this action dismissed which was filed after I filed my motion to have the remaining Defendants served. Please advise.

    Respectfully Submitteds;

    */s/ Dibo Hafif*

    Pro Se - Plaintiff