RECEIVED IN PRO SE
MAR 7 2023 @ 11:37 AM
VIA BOX.COM

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

_____

Dibo Hafif,

      Plaintiff,                          **Civil Action No. CV 22-1122**

v.                                    **First Amended Complaint and demand for jury trial**

Rabbi Eli J. Mansour, Abraham Manopla, Evet Balas, Flatbush Shomrim, Michael Wahba, Toby Shacalo, David Assis, Commanding Officer-Inspector Richie Taylor of NYPD, Captain Derby St. Fort 61st Precinct of NYPD, Captain Mo Tsang 61st Precinct of NYPD, LT. Martin Costello 61st Precinct of NYPD, LT. Marlon Rowe 61st Precinct of NYPD, Det. Samuel Shaya 61st Precinct of NYPD, Det. Anthony Manetta 61st Precinct of NYPD, Det. Neil Boyce 61st Precinct of NYPD, Det. Oleg Uruymagov 61st Precinct of NYPD, Sgt. Santos 61st Precinct of NYPD, Sgt. Maslinski 61st Precinct of NYPD, Sgt. Mikha Goncharov 61st Precinct of NYPD, Sgt. Tosa Korchiment 61st Precinct of NYPD, Sgt. Ruslan Matviv 61st Precinct of NYPD, Sgt. Andre L. Ross 61st Precinct of NYPD, Sgt. Cascone 61st Precinct of NYPD, PO Buttgeri 61st Precinct of NYPD, PO Destefano 61st Precinct of NYPD, PO Galiazilia 61st Precinct of NYPD, PO Locastro 61st Precinct of NYPD, PO Montalto 61st Precinct of NYPD, PO Parisi 61st Precinct of NYPD, PO Pierre Louis 61st Precinct of NYPD, PO Poskhov 61st Precinct of NYPD, PO Rodriguez 61st Precinct of NYPD, PO Saitta 61st Precinct of NYPD, PO Shafidiya 61st Precinct of NYPD, PO Thomas Costarella 61st Precinct of NYPD, PO Regina Ou61st Precinct of NYPD, PO Melissa Hufford 61st Precinct of NYPD, PO Bridget M. Hearn 61st Precinct of NYPD, PO Yuriy Posokhov 61st Precinct of NYPD, PO Yevgeniy Ivankovsky 61st Precinct of NYPD, PO Raghunan Ramroop 61st Precinct of NYPD, PO Chun K. Yu 61st Precinct of NYPD, PO Posokohov 61st Precinct of NYPD, PAA Melissa George 61st Precinct of NYPD, Michelle Figueroa 61st Precinct of NYPD, Pawel Maslinski 61st Precinct of NYPD, Greenauerou 61st Precinct of NYPD, SDS Sciacca Gaspar 61st Precinct of NYPD, Murray Betesh, Heschy Tischler, Amber Adler, Batya Reyz, Elisheva Yarimi, Bracha Kahane, Sean Dweck, Rabbi Hayim A. Arking, Rabbi Uziel Admoni, Miriam Sabzehroo, Raquel Sabzehroo, David Ben Hooren and the City of New York John Doe/Jane Doe.

      Defendants

_____

1

## INTRODUCTION

1.      Plaintiff Pro Se, Dibo Hafif, brings this action against the Defendants for their intentional malicious harassment, intimidation and defamatory campaign against me. The allegations herein of Plaintiff are based upon personal knowledge and belief as to his own acts and upon information and belief as to all other matters.

2.      The reason the above-named individuals and entities engaged in these malicious and criminal acts was in order to severely oppress, harass, intimidate, and eventually extort from me a *Get*, the Hebrew word for a Jewish Divorce document. Indeed, one of the main ring leaders Mr. Abraham Manopla, explicitly stated that his actions were intentionally directed at causing me such severe and emotional distress that no human being could possibly withstand in order that I acquiesce to his demand that I give Evet Balas a *Get*.

3.      The undersigned will provide the Court with some background information into Orthodox Jewish Law so that the motive and mindset of the mob's campaign be explained. A Get is a piece of paper that must be physically deposited into the hands of a married Jewish woman in order for her to be considered divorced according to Jewish Law. [1]

4.      Articles posted on the internet define a Jewish woman who is "chained" to a dead marriage as an "Agunah".[2]

5.      The term Agunah, which is Hebrew and loosely translated into English as "chained", is currently interpreted, incorrectly, by the Orthodox Jewish communities as referring

---

[1] https://www.womenslaw.org/laws/religious/jewish-get-law-divorce-law/basic-info-about-jewish-divorce-law/what-get-or-sefer
[2] https://www.womenslaw.org/laws/religious/jewish-get-law-divorce-law/basic-info-about-jewish-divorce-law/what-agunah

to a woman who demands a Get from her husband and does not receive one. But in truth, under actual Orthodox Jewish Law, an Agunah is a woman whose husband simply cannot be located or a husband who refuses to grant his wife a divorce after a decision has been rendered by a Rabbinical Court obligating the husband to give his wife a Get. In the case at bar, Evet Balas was not and is not an Agunah.

6.      The terms Agunah and "get refuser", as reported by world renowned Vogue magazine, are associated with Jewish Orthodox men who commit "abuse".[3] Said magazine article was published after the events that occurred to me and which therefore further provides me with irrefutable evidence that these Defendants engaged in the acts, I am accusing them of and that their acts were publicized in front of millions of people worldwide and became an internet sensation.

7.      There is an organization that has been around for over 20 years called "ORA", which solely focuses on helping women extract a Get from their husband. Their webpage cover page is:

---

[3]https://www.vogue.com/article/agunah-get-refusal-social-media-campaign-orthodox-women



8.     ORA organizes rallies against men whom they self-determine are "get refusers" and many prior rallies they have organized are posted on various forms of social media. I have never seen an ORA rally where protestors were threatening violence, honking car horns, throwing eggs and dumping animal feces and garbage bags on the alleged "get refusers" property. Additionally, I have never seen an ORA rally that took place on a residential street after business day work hours. Moreover, ORA does not engage in any rally against a "get refuser" unless they first receive a document signed by a Beth Din, Hebrew term for Rabbinic Court, authorizing them to engage in the public shaming of the "get refuser".[4]

9.     Pointedly, ORA had absolutely zero involvement in my divorce controversy and was not at all associated with the acts the Defendants committed.

---

[4]https://www.getora.org/faqs

10.     Many of the Defendants in this case publicly accused me of being a "get refuser" and having committed abuse towards Evet Balas, who is my former wife.

11.     The Defendants conspired to oppress, threaten, and intimidate me in the free exercise or enjoyment of my right of freedom of religion secured to me by the Constitution of the United States by expressly stating that they were engaging in these intimidation mob style tactics in order to extract from me a Get, an action that I was entitled to either engage or refrain from engaging in.

12.     They also explicitly stated that they would not cease their activities unless I gave Evet a *Get*, notwithstanding the fact that the Rabbinical Court involved in the divorce matter between Evet and I had issued a ruling declaring that under Jewish Law I was not obligated to give Evet Balas a Get.

13.     These Defendants shared pictures of me and my current wife, my personal address and my phone number on social media to tens of thousands of people for the express purpose of having throngs of people send me harassing and intimidating messages for the purpose of causing me such severe emotional distress that I would have no choice but to give my wife a Get as seen here:





14.     I was subjected to several illegal riots that occurred directly in front of my home, where hundreds of eggs were thrown at my windows, cars were honking their horns causing serious public nuisance, animals were brought to defecate on my property, flyers were posted with my cell phone number urging the crowd to send me harassing and threatening messages, rocks were thrown at my house windows, and damage was done to my vehicle. Additionally, my family members were threatened with riots outside their businesses and homes unless I gave Evet Balas a Get as seen here:



15.    Videos of the illegal riots were posted all over the internet and in fact, dozens of news media websites have published articles confirming most of the allegations that I am setting forth before this Court. [5]

16.    Unfortunately, not only did the NYPD not protect me and my family, which includes three minors, from these illegal riots but they exacerbated the situation by only sending one police car to control the riot. The riot consisted of over 1000 people.

---

[5]https://www.theyeshivaworld.com/news/featured/1956985/breaking-in-flatbush-jeff-hafif-gives-wife-a-get-after-seventeen-years-as-movement-grows-to-pressure-husbands.html

17.     In contrast to sending one police car to control the rioters, the NYPD then sent 10 police officers to arrest me on March 11, 2021 after two consecutive nights of riots outside my residence.

18.     Flatbush Shomrim, an Orthodox Jewish Neighborhood Watchgroup that works closely with the NYPD, was intricately involved with my arrest and directed the NYPD to arrest me in a coordinated plan all for the purpose of extorting the Get from me. They coerced my 2nd wife Shirley to file charges on a stale one year old claim that wasn't even true.

19.     The rioters surrounded my home from 8pm to 2am on consecutive nights March 9, 2021 and March 10, 2021, respectively.

20.     On March 11, 2021, as mentioned prior, I was arrested by members of the 61st precinct of the NYPD.

21.     Once I was arrested, the rioters turned their attention to Mr. Elliot M. Hirsch and threatened to riot outside his homes in Brooklyn, NY and Oakhurst, NJ unless he gave his wife, Elizabeth Kairey, a Get.

22.     After being subject to two separate protests and a looming third, and after having received many threats of violence of harassment, Mr. Hirsch gave his wife a Get on the evening of March 11, 2021. Several days later, and due to impending additional riots and continued threats of violence and harassment that I too was receiving, I gave Evet Balas a Get. (See attached Exhibit A).

23.     A couple days after I gave my wife a Get, Mr. Jonathan Abtan, another target of the mob, gave his wife, Michelle Abtan, a Get. All three of us; namely, myself, Mr. Hirsch and

Mr. Abtan were subjected to illegal protests and received a plethora amount of messages with threats of violence all for purposes of extracting a Get from the three of us.

24.     Unfortunately, in today's times, the Orthodox Jewish communities all around the world are rife with men carrying themselves as Orthodox Rabbis when in reality these men do not actually adhere to Orthodox Jewish Law.

25.     Such is the case with one of the Rabbi's named here as a Defendant in this action; namely, Rabbi Eli J. Mansour.

26.     Rabbi Mansour purports to strictly follows the laws of Shulchan Aruch, the Hebrew words for the book of Code of Jewish Law that Orthodox Judaism bases its foundation on.

27.     If Rabbi Mansour conducted himself according to the principles of law found in the Shulchan Aruch this entire episode would not have occurred.

28.     Moreover, the fact that the Beth Din that presided and issued the Get to Evet Balas retroactively nullified the Get in January 17, 2022 provides me with irrefutable evidence that the actions taken by Mansour and others violated the principles of Orthodox Jewish law. (See attached Exhibit B).

29.     Additionally, the same Beth Din that presided over the Get I gave to Evet also presided over the Get that Mr. Jonathan Abtan issued to his wife, Michelle Abtan. And this same Beth Din, run by Head Rabbinical Court leader Rabbi Pinchus Rabinowitz, likewise nullified the Get that Michelle Abtan received due to excessive public shaming and harassment.

30.     The Get that Mr. Elliot M. Hirsch gave his wife, Elizabeth Kairey, was presided over by Rabbi Yitzchak Yisraeli of Mil Basin, New York. Rabbi Yisraeli has refused to admit the

fact that Mr. Hirsch was likewise coerced into giving his wife a Get despite the fact that the same exact coercive measures that were applied to Mr. Abtan and I resulted in us two giving our respective wives a Get. In fact, Rabbi Yisraeli issued an ex-parte responsa in Hebrew, incredulously claiming that the Get of Ms. Kairey is valid falsely claiming that Mr. Hirsch fabricated a story that he was subject to protests and public humiliation.

31.     The foregoing events illustrate the severity of the Rabbinical corruption currently plaguing the Orthodox Jewish community. Rabbi Yisraeli's fraudulent Beth Din continues without disturbance and he issues numerous Jewish Divorces in the Syrian Community and he is obviously not someone who follows Orthodox Jewish Law.

32.     Orthodox Jewish Law obligates other Rabbinical Courts to publicly admonish such fraudulent Rabbi's such as Rabbi Yisraeli who issue non-kosher divorces yet there have been no such proclamations regarding the corrupt Rabbinical Court of Rabbi Yitzchak Yisraeli. I myself was subject to harassment at the hands of Rabbi Yisraeli several years ago.

33.     The undersigned would like to stress that the Jewish religion is one of peace and strictly forbids all the actions that have been committed by these Defendants. The Defendants are not representatives of true Orthodox Judaism.

34.     It is also unfortunate that the members of Orthodox Jewish community have not learned their lesson from the Rabbi Mendel Epstein case where said Rabbi was sentenced to Federal prison for violating the criminal laws of this country in conjunction with his imaginary religious zealotry in obtaining Jewish divorces for women who were demanding a Get from their respective husbands. (See attached Exhibit C ).

35.     The Defendants will claim that they were acting in the name of their religious

beliefs but as described above, nothing in Orthodox Jewish literature permits the actions taken by these Defendants. And even if these Defendants were correct in their interpretation of Jewish Law, the criminal and civil laws of this country do not pardon individuals who commit violations of said laws when those actions are religiously motivated.

36.     It is my firm belief that the Defendants herein committed egregious acts both under criminal and civil law and this Court needs to set a strong precedent that in this Country the religious freedoms of all citizens will be protected to the fullest extent of the law.

37.     I ask this Court to punish the Defendants with great severity as their actions were wanton, malicious, and caused me permanent reputation and emotional damage and cannot be countenanced in a civilized society in this Country.

38.     The injuries and damages suffered by me were direct and intentional consequences of the acts of the Defendants. I suffered significant psychological and emotional injuries as a result. Defendants must be held accountable. And I file this Complaint to do just that, and to help ensure that what took place during the week of March 8-12, 2021, and the months after, never happen again to any other Orthodox Jewish man or any man or woman acting in accordance with their religious beliefs, in the United States of America.

39.     I believe the Defendants are guilty of violating 18 U.S. Code § 875, 18 U.S. Code § 2261A, and 18 U.S. Code § 247. I would request from the Court, after reading this complaint, that if it believes the Defendants are guilty of violating said U.S Codes, that it refers this case to the FBI and/or U.S Department of Justice for prosecution of the criminal aspects of Defendants actions.

## JURISDICTION AND VENUE

40.     Plaintiff brings this suit pursuant to 28 U.S. Code § 1331 - Federal question, namely, 18 U.S.C.A. § 1964, (c). Plaintiff also brings this suit pursuant to 42 U.S.C 1985, 42 U.S.C 1986, and 42 U.S.C 1983. Plaintiff's State Law claims are within this Court's jurisdiction under 28 USC 1367.

41.      Venue is proper pursuant to 28 U.S.C. § 1391(b) (2).

## PARTIES

42.     Plaintiff Dibo Hafif, resides at 57 Gravesend Neck Road, Brooklyn, N.Y.11223 Plaintiff's telephone number is 917 418 4837 and email address is Jeffhafif@yahoo.com.

43.     Defendant Rabbi Eli J. Mansour, business address is 1801 Ocean Pkwy, Brooklyn, NY 11223. Defendant Abraham Manopla, resides at 286 Berger Ave, Oakhurst, NJ 07755. Defendant Evet Balas, resides at 1995 East 19th Street, Brooklyn, NY 11229. Defendant Flatbush Shomrim (FSSP), business address is 1009 E 14th Street, Brooklyn, NY11230. Defendant Michael S. Wahba, resides at 1995 East 4th Street, Brooklyn, NY, 11223. Defendant Toby Shacalo, resides at 1774 East 23rd Street, Brooklyn, NY 11229. Defendant David Assis, resides at 2243 West 1st Street, Brooklyn, NY 11223. Defendants of New York City Police Department 61st Precinct Officers and the John Doe and Jane Doe Police Officers business address is 2575 Coney Island Ave, Brooklyn, NY 11223. Defendant Murray Betesh, resides at 500 Roseld Ave. Deal, NJ 07723. Defendant Heshy Tischler's, business address is 5318 16th Ave, Brooklyn, New York, 11204. Defendant Amber Adler, resides at 1775 East 13th street Apt# 5F, Brooklyn, New York 11229. Defendant Batya Reyz, resides at 1819 Ave L Apt #1g, Brooklyn, NY, 11230, Defendant Elisheva Yarimi, resides at 511 Avenue M, Brooklyn, NY11230 | 1452 East 12th Street, Brooklyn, NY

11230. Defendant Bracha Kahane Shapiro, resides at 259 Cedar Lane, Teaneck, NJ, 07666, Defendant Sean Dweck, resides at 7 Peach Tree Rd, Oakhurst, NY, 07755, Defendant Rabbi Hayim A. Arking, resides at 704 Hoey Ave, Long Branch, NJ 07740, Defendant Rabbi Uziel Admoni, business address is 1616 Ocean Pkwy, Brooklyn, NY 11223, Defendants Miriam and Raquel Sabzehroo, personal address is 1130 East 27th street, Brooklyn, NY 11210. David Ben Hooren, business address 2154 East 4th Street, Brooklyn, NY 11223.

## STATEMENT OF CLAIM

44.     The incidents that give rise to this action took place on WhatsApp, and Instagram on March 8, 9, 10, and 11 in the year 2021 and in Brooklyn, NY, at 2136 East 5th Street, Brooklyn, New York, 11223 on March 9, 2021 and March 10, 2021 and March 11, 2021.

## FACTS

I.    **DEFENDANT ABRAHAM MANOPLA**

45.     Instagram is a social media networking app that is one of the most popular social media apps on the internet. Instagram is used by people to engage their audience and publicize either their business or personal life.

46.     Abraham Manopla has an Instagram account by which he goes under the name: MexicanPacino0528.

47.     On March 8, 2021, Manopla commenced what Instagram calls a "live" video.

48.     On these types of "live" videos, a person engages his audience via live video streaming.

49.     During a "live", Instagram allows the commencer to add any user he so desires onto the screen and if a user sends in a request the commencer can add him/her onto the live and hence the screen will be split into two halves as seen here below:



50.     On March 9, 2021, Manopla commenced a live with the title "The Agunah Crisis."

51.     During this video, Ms. Evet Balas sent in a request and Manopla added her onto the live.

52.     On this video Ms. Evet Balas stated that I, her estranged husband, have never paid any child support.

53.     Evet also stated that I had not given her a Get in 17 years and that I got remarried and had new children, which she knew by stating this it would incite violence and harassment.

54.     She also stated where I attend temple services and shortly thereafter the Temple banned me from entering the premises as seen here:



55.     Manopla asked Evet if she believed that the only way to get me to give her a Get was to utilize "force" and Evet responded *yes*. Manopla then asked Evet what she thought about the idea of having a group of men pay a visit to Mr. Hafif to intimidate him for the purposes of extracting a Get.

56.     Evet responded with the message to feel free to engage in whatever you would like to do.

57.     Evet then advertised my personal address which is 2136 East 5th Street, Brooklyn, NY 11223.

58.     Manopla stated during this video that there were 1200 people watching this video live.

59.     Manopla then asked Evet if she thought "egging of the house" was a good idea.

60.     Evet responded with her prior response; namely, feel free to engage in whatever you would like.

61.     Manopla then advised the followers that he thought egging the house was a good idea and referenced egging my house in a backhanded manner.

62.     Manopla explicitly stated to Evet Hafif on this video "2136 East 5th, were going to go."

63.     Manopla stated: "I'm not advocating for this but how about an egging of the house, I didn't say to do it. Egg my house. Eh Eh. Something, Something. 17 years. Not OK. It's going to stop today. I am in Mexico City. If I wasn't here, I would go myself."

64.     Manopla certainly implied if not directly advocated for the crowd to egg my home.

65.     After seeing this video, I phoned the NYPD 61st Precinct which is the district where I resided, and advised them of a planned protest outside my home.

66.     On the App, WhatsApp, which is another social media network, people were sharing the Manopla video, as with Instagram, once the live video is completed, the user is able to save the video for followers to view it later on.

67.     On March 9, 2021, and March 10, 2021, over 1000 people mobbed my home.

68.     Manopla, and many others, took videos of the riot and posted it on social media.

69.     The crowd was screaming and ordering me to give Evet a Get.

70.     The NYPD sent only one police car and the officers did not even come out of their car. And this was after I made numerous calls to 911 begging for help.

71.     Prior to the officers' arrival the crowd was honking horns and blocking street traffic.

72.     Once the officers arrived the crowd was waiting to see the NYPD response to the protest.

73.     On March 10, 2021 in this video the Court will see that a member of the crowd who was talking to Manopla during another "live" advised Manopla that the NYPD only sent 1 police car and the officers were not coming out of their vehicle.[6]

74.     Due to the NYPD not quelling the protest the protestors then engaged in additional mob style antics.

75.     Eggs were brought to the protest and the crowd proceeded to throw hundreds of eggs at my house windows.

76.     Rioters then came onto my property into my backyard and proceeded to tamper and destroy my air conditioning unit and throw rocks at my house.

77.     During this time, me, my wife Shirley, and my four children were in the house in fear for our lives and we were hiding on the top floor in our home since people were throwing rocks at our front windows.

---

[6]https://www.youtube.com/watch?v=n1Xt16OijCE

78.   I called 911 and their response was one police car and zero protection.

79.   The protestors left approximately 2am.

80.   The next day I went to the Police station 61st Precinct and asked them if they were going to protect me the coming night, March 10, 2021 as Manopla urged his followers to proceed and engage in another riot.

81.   The NYPD 61st Precinct assured me that anyone who was seen vandalizing would be arrested. Specifically, Officer Thomas Costarella, gave me his personal cell number 917.514 .3061 and told me that if anyone showed up to my home they would be arrested. He advised me to call him if any rioters appeared outside my residence. I spoke to him on March 10, 2021 prior to the riots that formed outside my home. In all, I personally appeared at the 61st precinct on March 9, 2021 and March 10, 2021 informing them twice regarding the planned riots and yet still the police did nothing to protect me, in fact, as described in the following sections, they police made things worse.

82.   Important to note is that a permit is required by New York City laws in order to engage in a protest. In fact, when loudspeakers are being utilized, a special, additional permit is required.

83.   The following night March 10, 2021 an additional riot occurred outside my home at 8pm until 2am. Again, the NYPD did absolutely nothing to protect me. I called Officer Costarella over 20 times and each and every call was ignored.  On this night my wife and our four children were forced to flee our home and stay by her mother since the safety of my wife and children was not being ensured by the NYPD. I stayed home all by myself while a massive riot of people throwing eggs and rocks at my house occurred while the NYPD stood by idly and allowed

this to take place. Rioters knows that my wife fled our home and advise each other to go to her mom house on East 13th Street.

84.     On March 9, 2021, during the riot, several officers came to my residence to take a report of the riot and a complaint was filed against Ms. Evet Balas for inciting the riot.

85.     I was explicitly advised by the NYPD officers that they were going to arrest Ms. Balas for inciting these riots, however, the NYPD failed to make good on their promise.

86.     After the complaint was taken the officers left the scene and only left that one police car and I am not even sure if officers were in the car or if they just left a police car there.

## II.     DEFENDANTS AMBER ADLER AND HESHY TISCHLER

87.     Amber Adler and Heshy Tischler are two separate individuals who were running for New York City Council 48th District during the time period when they incited and participated in the illegal riots outside my residence.

88.     Amber Adler and Heshy Tischler both utilized their social media platform including but not limited to Instagram, which they have thousands of followers, to engage in a serious harassment, defamation, and intimidation campaign of Jewish orthodox men, me included, who have not granted their respective wives a GET.

89.     Amber Adler and Heshy Tischler both engaged, incited, and participated in illegal riots/protests in Brooklyn, New York the week of March 8, 2021. Both Amber Adler and Heshy Tischler advocated lawless behavior.

90.     On March 10, 2021, Heshy Tischler and Amber Adler both were present, participated and incited an illegal riotous protest at my residence.

91.    Said protest took place at 2136 East 5th street Brooklyn, NY 11223.

92.    At several points during the rally Heshy Tischler and Amber Adler both incited more hatred towards me by acting as leaders of the riot and speaking on loudspeakers to the protestors. Chants were being screamed "Heshy, Heshy, Heshy". Once Heshy was seen at the riots more and more people showed up.

93.    Heshy Tischler specifically stated that he would state my name on his weekly radio show every single day until I gave a Get. He said he would do this to every man who doesn't give his wife a GET and use his radio platform to do so.

94.    Amber Adler held up a large sign at said protest which read "No GET-No Peace" thereby advocating unruly, violent, and lawless behavior. Amber also made numerous public statements, which she posted on her own Instagram accounts accusing men like me of committing abusive behavior and accusing me of committing "coercive control."

**amberadlernyc**



**2,614 views** • Liked by
**raqandrollwithraquel**
**amberadlernyc** 3-10-21 #FreeEvet •
Tonight #freeevet... more



95.     Heshy and Amber used this massive riot which gained tremendous social media
attention as an opportunity to promote themselves for their respective campaigns running for
New York City Council and Amber actually used her appearances there to gain fame and she was
featured in a Vogue Magazine article.

96.     The following day, March 11, 2021, both Amber Adler and Heshy Tischler attended
and co-led an illegal protest at the corner of Ocean Ave and Kings Highway in Brooklyn,
New York that was specifically organized in order to pressure/harass/intimidate a man named
Elliot M. Hirsch, who has filed a similar lawsuit against some of these Defendants and others in
the District Court of New Jersey under complaint number cv-12246.

97.     Both Amber Adler and Heshy Tischler were aware that by coming to my protest and speaking about me and my personal divorce matter to their thousands of followers that it would cause me much public humiliation, cause me severe emotional distress and intense harassment.

## III.    DEFENDANT BATYA REYZ

98.     Batya Reyz has an Instagram account which under which she goes by "makeupbybatya" and she is a highly popular public figure.

99.     Batya took a video while she attended the riots outside my home and it garnered over 15,000 views.

100.    While at the riot, Batya urged her followers to come join the riot and to bring eggs to throw at my home.

101.    Batya further urged her followers to bombard my cell phone with harassing messages.

102.    She stated my cell phone number on her live video to her thousands of viewers.

## IV.    DEFENDANT ELISHEVA YARIMI

103.    Elisheva Yarimi has over 10,000 followers on her Instagram account.

104.    Yarimi acted as one of the leaders of the in-person riots and held a loudspeaker and advocated for people to harass me.

105.    In a video I can provide to this court, Yarimi stated that she, and her crowd, would harass me daily until I gave my wife a Get.

106.    Elisheva posted on her Instagram account that I was put in jail on March 11, 2021.

107.    Unfortunately, my current wife Shirley was coerced by Mr. Wahba, Mr. Shacalo, and Mr. Assis to file a police report against me for domestic violence.

108.    These three men threatened Shirley that if she didn't file a police report against me, she will be arrested and they would ensure our three children were removed from the Yeshiva of Flatbush, their current school. (The Court should be aware that the Yeshiva of Flatbush was involved in the extortion of the Get from Elliot Hirsch).

109.    Once I was arrested the mob targeted their efforts at Mr. Elliot M. Hirsch see here:



110.    As can be seen in the above post, Elisheva advised her followers that they were targeting Elliot Hirsch since I was arrested.

**V.      DEFENDANT EVET BALAS**

111.     As described in the preceding paragraphs, Ms. Evet Balas, who is my wife according to Jewish Law, went on Intsgram live video of Manopla on March 9, 2021 and she was the one who first started the incitement towards me by providing my personal information such as pictures of me and my personal home address.

112.     On said video, Balas stated that I never paid her any child support.

113.     Balas stated that our children want nothing to do with me.

114.     Balas stated that I am "monster."

115.     Balas stated that I used to physically hit her while we were married.

116.     Balas stated my current address and advised the crowd watching the video to go protest outside my personal residence.

117.     Balas stated that I am currently remarried and my children go to Joel Braverman Yeshiva of Flatbush Elementary School.

118.     Manopla asked Balas if she believed the only way for me to give her a get was through "Force" and Balas responded "Yes."

119.     Manopla then asked Balas to repeat my address so that he could advise his followers where to go protest and Balas responded with 2136 East 5th St, Brooklyn, NY, which is where I lived at the time.

120.     Balas specifically encouraged and requested that all people viewing the video should go protest outside my home. Balas also stated which Temple I attend and encouraged the Temple (Shaare Zion Congregation) to ban me from attending and indeed said Temple placed a

picture of me outside its building banning me from attending services due to the defamation Balas was spreading about me.

## VI.    DEFENDANT RABBI ELI J. MANSOUR

121.    Rabbi Eli J. Mansour is a world-renowned speaker in the Orthodox Jewish world and head Rabbi of the Edmond J. Safra Synagogue. Rabbi Mansour is an extremely influential, if not the most influential, Rabbi in the entire Syrian Jewish Community.

122.    Mr. Michael Wahba is on the board of directors at Mansour's synagogue.

123.    After the first riot occurred outside my home on March 9, 2021, Manopla was entertaining his tens of thousands of followers by doing daily live videos.

124.    Throughout his videos Manopla would publicly state that Rabbi Eli Mansour gave him the approval to continue to urge the followers to do daily riots until a Get was given by me and Mr. Hirsch to our respective wives.

125.    Manopla further stated that if a GET was given by either Mr. Hirsch or myself, Mansour promised to go on a live himself with Manopla.

126.    On March 10, 2021 I was trying to prevent the riot from occurring again and so I emailed Manopla and Rabbi Mansour documents signed by the Rabbinic Courts stating that I was not obligated to give my wife a Get according to Jewish law. (See attached Exhibit D).

127.    Manopla responded at 3:11pm on March 10, 2021 with "Give the gett. You have only one option."

128.    10 min later at 3:21pm, Rabbi Mansour sent an email in response to Manopla emails

stating "I agree." After seeing these messages, I knew I was completely stranded and powerless to prevent the mob as seen here:



129.    To state in detail: On or about March 9, 2021, I contacted Mr. Abraham Manopla the master mind behind the illegal riots and I explained to him that I am not a Get refuser as everybody claimed against me, in fact I have mountain of evidence from a numerous Rabbinical Court (Beth Din) that support me and requested from him to have a competent Rabbi to discuss the issues about this matter.

On March 10, 2021 at 8:38am. I received a missed phone call followed by a text message from Rabbi Eli J. Mansour asking me to call him. Shortly after, I called Rabbi Mansour and I urged him

to stop this farce, especially I was always seeking to attend the Rabbinical Court, in fact I explained to him that Ms. Evet Balas chosen Rabbinical Court of Beth Joseph issued against her decision on March 14, 2008,  in addition to a multiple Rabbinical Court documents proves that since I got involve with them, they have seen total compliance on the part of me with Jewish Law (Halachah), and over and beyond what was required of me. On March 10, 2021 at 10:19 am. I emailed Rabbi Mansour and Mr. Manopla numerous of Rabbinical Court documents that previously provided to one of the Defendant above. On March 10, 2021 at 03;11pm. I received an email from Mr. Manopla with the following respond; Give the Get!! You have only one option. On March 10, 2021 at 03:21pm. Rabbi Eli J. Mansour responded: I agree. That night March 10, 2021, another riot of over +1000 people were outside my home pelting it with hundreds of eggs.

130.    Rioters came into my driveway and backyard tampering with my property.

131.    My vehicle, which was parked outside my home was being smashed and surrounded by rioters.

132.    There was one police car present during this riot across the street from my home with both officers not leaving their car.

133.    On March 11, 2021, I was arrested by the NYPD due to my current wife Shirley being coerced to file a police report against me on a stale 1 year old recording which was used as the evidence for the police to arrest me. I find it highly suspicious, if not an outright conspiracy, that when my house was being mobbed only one police car was present to protect me but the next day on March 11, 2021, the NYPD sent +10 police officers to arrest me from inside my house.

134.    On March 11, 2021, the rioters turned their attention to Mr. Hirsch due to my arrest and he gave the GET that night around 8pm due to an impending riot threat.

135.     Rabbi Mansour attended a "get party" at the residence of Mr. Hirsch's wife and during this party Rabbi Mansour went on a live video with Manopla as he promised.

136.     On this live video which is published online and a public video, Mansour explicitly stated that he and Manopla were "partners" and they were not done yet.

137.     Manopla explicitly stated that more men were being targeted and Mansour replied that he had a whole list of men and he was going to knock em off like "bowling pins" see here link: https://www.youtube.com/watch?v=THGY9sxCEB8&t=264s

138.     Recently, I had a phone call with Rabbi Mansour and he admitted that he made a "mistake" and he "got caught."

139.     Rabbi Mansour and Manopla were a tag team partnership that spearheaded the riot movement, and without Rabbi Mansour none of this story would have happened.

140.     Over the course of the next few weeks several other men were protested against throughout the United States due to the fact that myself and Mr. Hirsch gave in to the Syrian Jewish Divorce Mob, as they call themselves.

141.     The rest of the Orthodox world saw that these coercive measures were producing Get's so the public continued these public shaming campaigns. However, only in Brooklyn, NY were the protestors allowed to damage property and zero arrests were made by the NYPD.

142.     To evince the egregious behavior of the NYPD, one only needs to take a look at a similar protest that took place in a different city in New York; namely, Spring Valley.

143.     A protest of about 300 people surrounded the home of Rabbi Avraham Gestetner

due to his alleged "corrupt" Beth Din since he declared the Get of me, Mr. Hirsch and Mr. Abtan all invalid due to coercion.

144.    The Spring Valley Police Department called in New York State Troopers and the home of Rabbi Gestetner was cordoned off with yellow tape and dozens of police officers were stationed directly in front of the Rabbi's home protecting him and his family.

145.    Additionally, the police had several officers on horses patrolling and controlling the crowd.

146.    I pose the following question, why didn't the NYPD do the same as the Spring Valley Police Department when the NYPD had over 24-hour notice of the planned protest for March 10, 2021. This question leads me to the next defendant; namely, the 61st Precinct of the New York Police Department.

**VII.   DEFENDANTS POLICE OFFICERS: COMMANDING OFFICER-INSPECTOR RICHIE TAYLOR OF NYPD, CAPTAIN DERBY ST. FORT 61ST PRECINCT OF NYPD, CAPTAIN MO TSANG 61ST PRECINCT OF NYPD, LT. MARTIN COSTELLO 61ST PRECINCT OF NYPD, LT. MARLON ROWE 61ST PRECINCT OF NYPD, DET. SAMUEL SHAYA 61ST PRECINCT OF NYPD, DET. ANTHONY MANETTA 61ST PRECINCT OF NYPD, DET. NEIL BOYCE 61ST PRECINCT OF NYPD, DET. OLEG URUYMAGOV 61ST PRECINCT OF NYPD, JOHN/JANE DOE POLICE OFFICERS OF THE 61ST PRECINCT OF NEW YORK CITY POLICE DEPARTMENT.**

147.    On March 9, 2021, at approximately 8pm a large crowd starting gathering outside my home screaming and honking car horns.

148.    As the crowd and noise got larger, I felt my life was in danger as the protestors were screaming my name and demanding I give Evet a Get.

149.    After I phoned the police several times, they finally sent around 4 officers to take a report. police report # 502, ICAD (NYC): D21030920952 was made for Inciting to Riot by

P.O Parisi shield # 961069. I was promised by the officer Parisi and his unit that the rioter will be stopped and arrested if they don't stop, especially they have no permit to do so. In addition to arrest Mr. Abraham Manopla and Ms. Evet Balas for inciting a riot (s) (See attached Exhibit E).

150.    As you see in the exhibit section, the police report stated that at that time about 150 people were surrounding my home.

151.    After the police took the report, they only left one police car to protect me and my family. I am not even sure that police were inside the vehicle. But one thing I am sure of is what took place after the cops left after taking the report.

152.    Thereafter, once the officers left, the crowd reached + 1000 people in number and the protestors turned violent, starting to throw rocks at my home and pelt my front door and windows with eggs. I called the police again and they did not send more police cars to dispel the riot. I kept calling 911 and my calls fell on deaf ears. No more police were sent to control the rioters. I most certainly will want to subpoena all the records of the phone calls I made to 911 and the body camera of the officers when they came to take the police report.

153.    The next day, again, March 10, 2021, a riot of + 1000 people took place outside my home with people throwing eggs and rocks at my property. The NYPD didn't even bother taking a police report this night.

154.    The NYPD sent one police car to control a riot of + 1000 people.

155.    The entire NYPD 61st Precinct had notice of both of these riots as I personally advised them of these planned protests long before the riots took place and they decided to ignore my cries and allow me and my family to be mobbed.

156.    I went into the precinct both on March 9, 2021 and March 10, 2021 to notify the NYPD about the planned riot and as stated above, they left one police car across the street from my home for my protection.

157.    Rioters also entered my backyard and tampered with my property and damaged my vehicle in front of my residence.

158.    The rioters continued this behavior until 2am, both March 9, 2021 and March 10, 2021.

159.    One police officer is seen on a live video during the riot March 10, 2021 looking completely dazed and in a trance.

160.    The officer was asked a question by Manopla via Instagram live and the officer had no coherent response. It was apparent that he, the LONE officer, was in complete shock and disarray trying to control a riot of over + 1000 people.

## VIII.   DEFENDANT MURRAY BETESH

161.    Murray Betesh lives in Deal, NJ.

162.    Mr. Betesh went on a live Instagram video with Manopla and stated that I abused Evet Balas.

163.    Betesh and Manopla self-proclaimed themselves to be "get busters", an apparent term they coined for their enterprise in intimidating and harassing men to give their wife a Get.

164.    Murray advised his followers on his Instagram to come protest outside my residence in order to harass me into giving my wife a Get.

165.    Murray also claimed that he contacted then Mayor Bil De Blasio in order to assist in having the NYPD arrest me on a stale voice note recording that was recorded by my step-daughter without my knowledge.

166.    Murray explicitly stated that they engaged in these methods to place me and other "get refusers", in fear, so that we would surrender our property rights; namely, the Get.

167.    Murray took full credit for assisting the NYPD in arresting me on March 11, 2021 and Murray stated on an Instagram live video that if Elliot Hirsch did not give the GET, he was his next target to be put in jail.

168.    On March 10, 2021, Murray Betesh went on a live Instagram with Manopla and stated that I never paid Evet Balas any child support in over 17 years.

169.    Manopla then concurred and stated "zero".



## IX.    DEFENDANT MICHAEL WAHBA AND TOBY SHACALO

170.    Mr. Wahba and Mr. Shacalo are both members of the Shomrim Watch group, a Jewish Orthodox volunteer organization that works closely with the NYPD and patrols the Brooklyn Orthodox neighborhoods to protect the community from crime.

171.    Mr. Wahba and Mr. Shacalo used their positions of authority with Shomrim to coerce my current wife Shirley to file a police report against me for the sole purpose of indirectly coercing me to give a Get by destroying my relationship with my wife and children.

172.    Mr. Wahba and Mr. Shacalo both threatened Shirley that if she did not file the police report they would ensure our children were ousted from their current school. Said men

visited Shirley at her parents' home and on that same day, March 11, 2021, I received a visit from 2 female police officers claiming that they received a phone call from my house about domestic violence occurring that day, despite the fact that my wife and children left the house to my in-laws the prior day March 10, 2021.

173.     Mr. Wahba and Mr. Shacalo told my wife that I called the police in order to arrest her, then both accompanied Shirley to the police station to file the police report. However, Shirley gave the recording (which was used as probable cause) to Wahba over 1 year ago under the impression that Wahba worked for a non-profit organization named Sephardic Bikor Holim and Shirley did not give consent to Wahba to share the recording with anyone.

174.     Mr. Wahba then went and sent the recording to Mr. Shacalo who then distributed it to all news media outlets and it was published on various Orthodox News media sites.

175.     Mr. Shacalo went on a live with Mr. Manopla and explicitly stated that he had extensive communications with the NYPD and the NYPD permitted the protests and would allow them to continue. Mr. Shacalo explicitly stated that the riots should continue until I gave Evet a Get.



## X.   DEFENDANT FLATBUSH SHOMRIM

176.   Shomrim claims on their website that their mission is "[t]o enhance, in conjunction with our local precincts, the safety and quality of life for the residents within our Flatbush Community.[7]

177.   On both nights of the riots, Flatbush Shomrim members were present and worked with the NYPD to not allow any rioters to be arrested.

178.   Instead of protecting my home, the Shomrim members were seen laughing and

---

[7] https://www.flatbushshomrim.org/mission-statement/

taking pictures with the rioters.



179.   Upon information and belief, Shomrim members directly ordered the NYPD to stand down and allow the riots to take place.

180.   Upon information and belief, court ordered subpoenas of the communications between Shomrim and NYPD members will reveal that these organizations were conspiring together with the rioters and they agreed to allow the riots to take place and not intervene.

## XI.   DEFENDANT BRACHA SHAPIRO KAHANE

181.     On March 10, 2021, Bracha Shapiro Kahane used her twitter account to post a flyer with my picture urging people to spread the word of my abusive behavior towards Evet Balas Hafif and encouraged people to call my employer and demand that he fire me.

## XII.   DEFENDANTS MIRIAM AND RAQUEL SABZEHROO

182.     Miriam and Raquel Sabzehroo own and operate an Instagram account called "Community News.

 **community.news**



**14K**      **21.2K**    **1,451**
Posts      Followe…    Followi…

**CommunityNews**
To Advertise WhatsApp   (347) 875-7474
Or email us Community.news18@gmail
.com
bit.ly/EzooryFamily

 Followed by **theghettogourmet**, **getrefusers** and **10 others**

| Following ⌄ | Message |
|---|---|

            

Lost and…      Ads      Advertise   Advertise   Advert

183.     These two individuals are a widely popular Instagram account which has around 20,000 followers.

184.    These two individuals posted my picture on their Instagram and accused me of committing abuse towards Evet Balas.

185.    These two individuals also posted a picture of the security booth outside Shaare Zion Congregation where my picture was posted and I was banned from neither attending religious services for no sufficient reasons, neither according to Jewish nor United States Law.

## XIII.   DEFENDANT DAVID BEH HOOREN

186.    On March 11, 2021, David Ben Hooren posted an article on the Jewish Voice webpage and on social media stating that I severely abused Shirley Mizrahi for many years. This statement is absolutely false and defamatory. (See attached Exhibit F).

## FIRST CAUSE OF ACTION-INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

187.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "186" herein with the same force and effect as if the same were set forth at length herein.

188.    In New York, a claim for IIED requires a showing of four elements: (i) extreme and outrageous conduct; (ii) intent to cause, or disregard of a substantial probability of causing, severe emotional distress; (iii) a causal connection between the conduct and injury; and (iv) severe emotional distress. Under New York Law, The standard of outrageous conduct is strict, rigorous and difficult to satisfy.

189.    However, that is not the case when there is a deliberate and malicious campaign of

harassment or intimidation. Additionally, the outrageous nature of the conduct can be established when it arises from the abuse of a position of power, as is alleged here.

190.    The Defendants intentionally accused me of abusive behavior at public riots/and or Instagram posts and publicized these accusations on their social media platforms in order to cause me such severe and intense emotional distress to extract from me a Get.

191.    There is no law in any jurisdiction that states a man who does not give his wife a Get is committing abuse.

192.    Manopla and Betesh, for approximately 6 days straight from March 9 to March 15, 2021 accused me of being an abuser on their social media Instagram accounts which hundreds of thousands of people were exposed to said accusations and this was done all for the purpose of causing me such intense and severe emotional distress that I would succumb and give Evet Balas a Get.

193.    Heschy Tischler, Amber Adler, Elisheva Yarimi, and Batya Reyz publicized my personal cell phone number on a public video to thousands of people with the message to bombard my phone with harassing messages.

194.    Indeed, I received hundreds of texts and phone calls from random strangers cursing me out, issuing me violent threats to my body and property all for the purpose of causing me such severe and intense emotional distress to extract a Get from me.

195.    Rabbi Eli Mansour, Heschy Tischler, Amber Adler, Elisheva Yarimi, Shacalo, Manopla and Betesh publicly advised thousands of people to continue the nightly riots and harassment against me until I gave a Get to Evet. The actions of the Defendants were wanton, malicious and intentional.

196.    I am in now in need of constant medical attention.

197.    I have begun therapy with a licensed physician and I currently suffer from various mental health conditions.

198.    Due to the actions of these Defendants, I now suffer from panic attacks, nightmares, inability to do daily chores around the home, PTSD, trauma, anxiety, fear, hyper vigilance and constant migraines.

199.    Each and every one of the Defendants explicitly mentioned that they were engaging the actions they were taking for the sole purpose of putting so much pressure on me that I would have no choice but to give Evet a Get.

200.    Indeed, on a video I can provide to this Court, Manopla explicitly stated that their intention was to cause me such severe and emotional distress that no human being on this earth could withstand. Accordingly, the Defendants behavior was so severe and extreme and is intolerable in a civilized society.

## SECOND CAUSE OF ACTION-NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

201.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "200" herein with the same force and effect as if the same were set forth at length herein.

202.    To make out a claim of NIED in New York, a plaintiff "must show '(1) extreme and outrageous conduct, (2) a causal connection between the conduct and the injury, and (3) severe emotional distress.'

203.    All of these Defendants had notice regarding the riot that took place on March 9, 2021. These Defendants were in a position to foresee that their continued actions of support and incitement would cause me severe emotional distress and yet still continued to actively promote the illegal riots and threats of intimidation.

204.    Due to the Defendants actively promoting riots and harassment even after knowing that I was suffering from these maladies, the Defendants proximately caused me additional and undeniable severe and intense emotional distress.

205.    Each and every one of the Defendants explicitly mentioned that they were engaging the actions they were taking for the sole purpose of putting so much pressure on me that I would no choice but to give Evet a Get.

### THIRD CAUSE OF ACTION-DEFAMATION

206.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "205" herein with the same force and effect as if the same were set forth at length herein.

207.    Under New York law, defamation comprises both slander (for injurious spoken statements) and libel (for injurious written statements).

208.    Both types of claims require pleading the same basic elements: (1) a defamatory statement of fact about the plaintiff; (2) publication to a third party; (3) fault by the defendant; (4) falsity of the statement; and (5) special damages or per se action ability."

209.    Defamation is the "making of a false statement which tends to expose the plaintiff

to public contempt, ridicule, aversion or disgrace, or induce an evil opinion of him in the minds of right-thinking persons, and to deprive him of their friendly intercourse in society.

210.    Under New York law, to recover on a defamation claim, a plaintiff must either plead special damages or that the statements are defamatory per se.

211.    Statements that are defamatory per se "are actionable without pleading and proof of special damages.

212.    Two such categories of defamatory per se statements are those that charge the plaintiff with a serious crime and those that tend to injure another in his or her trade, business or profession.

213.    Defendants Balas, Manopla, Betesh and Kahane all separately and independently accused me of abusing Evet Balas.

214.    Said Defendants intentionally accused me of abuse, which is defamation per se since abusing someone is a crime punishable with a jail sentence.

215.    Balas falsely accused me of never paying her child support.

216.    I have paid child support to Evet Balas.

217.    The defamatory comments that these defendants made about me were published on videos and viewed by tens of thousands of people.

218.    Most of the videos are still up on Instagram under the MexicanPacino0528 account.

219.    These Defendants also created the #freeevet hashtag on Instagram where much defamation is found about me.

220.    The damages that I suffered because of these Defendants are immeasurable.

221.    My employer immediately fired me from my position due to the defamation spread about me and explicitly confirmed this on a recorded call between him and a Mr. Sean Dweck who phoned him and further defamed me calling me an abuser and to confirm that I was fired from my employment.



222.    A local Community Synagogue named Shaare Zion Congregation in Brooklyn, NY banned me from attending services due to the defamation spread by these Defendants.

223.    Thousands of people now consider me an abuser and I have been completely ostracized from the only community I have ever lived in.

224.    I have reached out to many employers for work and they have all refused to hire me citing the defamation spread about me.

225.    Dozens of news media sites reported on the claims of defamation all of the allegations I am setting forth here is public knowledge and will be impossible for the Defendants to dispute (See attached Exhibit G).

## FOURTH CAUSE OF ACTION – PRIVATE NUISANCE

226.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "225" herein with the same force and effect as if the same were set forth at length herein.

227.    Under New York law, a private nuisance threatens one person or a relatively few, an essential feature being an interference with the use or enjoyment of land. It is actionable by the individual person or persons whose rights have been disturbed.

228.    The elements of a private nuisance cause of action are an interference (1) substantial in nature, (2) intentional in origin, (3) unreasonable in character, (4) with a person's property right to use and enjoy land, (5) caused by another's conduct in acting or failure to act.

229.    Shomrim, Mansour, Balas, Manopla, Reyz and the NYPD are guilty of this cause of action.

230.    These Defendants intentionally sent and/or allowed rioters to mob my home, throwing eggs, rocks, damaging my air conditioning units and honk horns and use loudspeakers two consecutive nights March 9, 2021 and March 10, 2021.

231.    My life was in danger and the lives of my children three minors all under age 10.

232.    No protection was offered to me and my family and we were not able to sleep at all both nights in fear for our lives.

233.    Videos of the riots are published on Instagram and YouTube under the terms Syrian Jewish Divorce Get MOB.

## FIFTH CAUSE OF ACTION – CIVIL CONSPIRACY

234.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "233" herein with the same force and effect as if the same were set forth at length herein.

235.    A plaintiff may plead the existence of a conspiracy in order to connect the actions of the individual defendants with an actionable, underlying tort and establish that those actions were part of a common scheme.

236.  In order to properly plead a cause of action to recover damages for civil conspiracy, the plaintiff must allege a cognizable tort, coupled with an agreement between the conspirators regarding the tort, and an overt action in furtherance of the agreement.

237.    Mansour and Manopla explicitly stated in a public video that they were partners in this mission to get Evet a Get.

238.    Mansour and Manopla explicitly emailed me both stating that they agree with each other that I had only option and that was giving a get to Evet. The other option I had was getting mobbed by rioters on a nightly basis.

239.    Evet and Manopla both partnered up on the live Instagram video and then Betesh went on several live videos partnering with Manopla.

240.    These Defendants explicitly publicized their conspiratorship, hiding nothing from the public eye.

241.    Shacalo and Manopla agreed to the underlying mission to get Evet the Get at all costs and continue to incite and encourage nightly riots outside my home.

242.    Mansour and Shomrim partnered with Reyz, Manopla and Balas in the underlying tort of intention infliction of emotional distress and defamation.

243.    Manopla repeatedly stated throughout the course of the March 9 week that Mansour gave him the approval and encouragement to continue the nightly riots and I can provide videos proving these allegations.

## SIXTH CAUSE OF ACTION- 18 U.S.C.A. § 1964

244.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "243" herein with the same force and effect as if the same were set forth at length herein.

245.    Section 1964(c) of Title 18 of the United States Code provides a private right of action for "[a] ny person injured in his business or property by reason of a violation of section 1962," which provides, in pertinent part, that it is "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity...." 18 U.S.C. § 1962(c). Section 1964(d) of Title 18 of the United States Code states: It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section.

246.    A plaintiff bringing a RICO claim must have Article III standing and "state an injury to business or property and 'that a RICO predicate offense not only was a but for' cause of injury, but was the proximate cause as well.'

247.    All of these Defendants are guilty of both 18 USC 1964 C and D.

248.    The Defendants are guilty of violating 18 U.S.C.A. § 1951 in addition to violating 18 U.S.C.A. § 1952.

249.    18 USC 1951 states: Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both. The term "extortion" means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.

250.    New York Consolidated Laws, Penal Law - PEN § 155.05 Larceny; defined, by extortion. A person obtains property by extortion when he compels or induces another person to deliver such property to himself or to a third person by means of instilling in him a fear that, if the property is not so delivered, the actor or another will:

(i)  Cause physical injury to some person in the future; or

(ii)  Cause damage to property; or

(iii)  Engage in other conduct constituting a crime; or

(iv)  Accuse some person of a crime or cause criminal charges to be instituted against

him; or

(v) Expose a secret or publicize an asserted fact, whether true or false, tending to subject some person to hatred, contempt or ridicule; or

(vi) Cause a strike, boycott or other collective labor group action injurious to some person's business; except that such a threat shall not be deemed extortion when the property is demanded or received for the benefit of the group in whose interest the actor purports to act; or

(vii) Testify or provide information or withhold testimony or information with respect to another's legal claim or defense; or

(viii) Use or abuse his position as a public servant by performing some act within or related to his official duties, or by failing or refusing to perform an official duty, in such manner as to affect some person adversely; or

(ix) Perform any other act which would not in itself materially benefit the actor but which is calculated to harm another person materially with respect to his health, safety, business, calling, career, financial condition, reputation or personal relationships.

251. The Defendants called themselves the enterprise "get busters". As the name indicates, they were intentionally and explicitly mention their objective, extort a Get from me.

252. A Get, is a piece of paper that must be hand written by an expert Jewish scribe and costs approximately from $900 to $2000 to be written up.

253. Many Rabbis, will, charge exorbitant and unreasonable fees in the Get proceeding.

254. A Get is certainly a property right.

255. The Defendants, as mentioned in the prior portions of complain in great detail,

50

explicitly stated that unless I gave Evet a Get, they would continuously and repeatedly engage in mob riots, defamation, harassment, property destruction, expose my alleged abusive behavior towards Evet Balas and my current wife, and continue to do all of the above unless I gave Evet a Get.

256.     The Defendants used a facility of interstate commerce; namely, Instagram to issue said threats.

257.     The Defendants affected Interstate commerce since the Rabbi's who presided over the Get came in from out of State, namely, New Jersey, to do the Get proceeding.

258.     Indeed, Rabbi Arking of Deal, NJ, brought with him a special Jewish scribe from New Jersey, documents from New Jerseys, materials such as paper and pens from New Jersey, all for the purpose of proceeding on the Get.

259.     Rabbi Hayim A. Arking lives in New Jersey and so does two of the other men who took part in the Get process.

260.     The Defendants placed me in immense fear under threats of mob violence and destroyed my property, as they threw eggs and rocks at my home, all for the purpose of extorting a Get from me. The Defendants are guilty of 18 Usc 1952.

261.     Overt acts that took place were : 1) Attempted extortion Riot outside my home 2136 East 5th street, Brooklyn, NY 11223 on March 9, 2021 from 8pm to 2am, 2) Attempted extortion Riot outside my home at 2136 East 5th street, Brooklyn, NY 11223, on March 10, 2021, from 8pm to 2am; 3) Illegal arrest on March 11, 2021, in Brooklyn, NY through the participation and coordination of Shomrim Task Force, with Toby Shacalo coercing my wife to file a police report 4) social media posts with defamation and threats of continued riots and threats of mob

violence at me and Elliot M. Hirsch in order to extort a Get from both of us; 5) Attempted extortion protest outside Mr. Hirsch's home on March 10, 2021 at approximately 10pm, which was coordinated and incited by Mansour and Manopla and other individuals not listed in this complaint 6) Attempted extortion Protest in Brooklyn, NY on Kings Highway and Ocean Ave on March 11, 2021 at approximately 11am organized by Mansour and others and participated and led by Amber Adler, Heshy Tischler and others not listed here for purposes of extracting a Get from Elliot M. Hirsch 7) Attempted Extortion protest on East 5th street Ave P in Brooklyn, NY organized and led by Betesh approximately March 16, 2021, member of Get Buster enterprise for purposes of extracting a Get from David Ohayon; 8) Attempted Criminal Coercion Protest in Spring Valley, NY outside Rabbi Gestetner home led by Betesh for purposes of coercing Rabbi Gestetner to issue a ruling that the Jewish Divorces of Evet Balas, Michelle Abtan and Elizabeth Kairey were valid under Jewish Law.

262.    As shown in the previous paragraphs of this complaint, these Defendants explicitly defamed me and threatened me with violence in order to put severe psychological pressure on me and my family in order to extort the Get from me. This is the definition of extortion. Additionally, Mansour and Manopla both were involved in the extortion of the GET from Elliot M. Hirsch and this enterprise attempted to extort a man by the name of David Ohayon, inciting two separate massive protests outside his home on Ave P and East 5th street in Brooklyn, NY. Moreover, Rabbi Gestetner who publicly issued a letter stating that the Divorces of Evet Balas, Michelle Abtan and Elizabeth Kairey were all invalid due to illegal coercion, was subjected to a protest outside his home which was organized by the Get Busters enterprise for their scheme of coercing individuals to give up their tangible property right; namely, the Get and then coercing and intimidating any Rabbi's who declare them invalid.

263.    The Get is certainly a tangible property right.

264.    18 USC 1952: Whoever travels in interstate or foreign commerce or uses the mail or any facility in interstate or foreign commerce, with intent to—

(1)  Distribute the proceeds of any unlawful activity; or

(2)  Commit any crime of violence to further any unlawful activity; or

(3)  Otherwise promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity,

and thereafter performs or attempts to perform—

(A)  An act described in paragraph (1) or (3) shall be fined under this title, imprisoned not more than 5 years, or both; or

(B)  An act described in paragraph (2) shall be fined under this title, imprisoned for not more than 20 years, or both, and if death results shall be imprisoned for any term of years or for life.

(C)  As used in this section (i) "unlawful activity" means (1) any business enterprise involving gambling, liquor on which the Federal excise tax has not been paid, narcotics or controlled substances (as defined in section 102 (6) of the Controlled Substances Act), or prostitution offenses in violation of the laws of the State in which they are committed or of the United States, (2) extortion, bribery, or arson in violation of the laws of the State in which committed or of the United States, or (3) any act which is indictable under subchapter II of chapter 53 of title 31, United States Code, or under section 1956 or 1957 of this title and (ii) the term

"State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

265.    As described in the preceding paragraphs of this complaint, the Defendants used Instagram, a facility of interstate commerce, to promote, manage, establish, carry on, or facilitate the promotion, management, establishment, or carrying on, of any unlawful activity.

266.    The Defendants all threatened me via interstate commerce and then actually formed and took part in several riots outside my home and publicly threatened me with violence (no get no peace) in order so that I give my wife a Get.

267.    Every single Defendant is associated in fact by their express mentioning of why they were engaging their actions; namely to get me to give a Get. And they all stated that they would not stop unless I gave a Get.

268.    Manopla and Mansour both were involved in extorting Mr. Elliot M. Hirsch for a Get that is the subject of a complaint filed in District Court of New Jersey.

269.    Mr. Hirsch is willing to testify in this matter and Mansour and Manopla both placed Hirsch under identical fear of mob violence, defamation, and threats of violence, all for extorting him.

270.    Defendants also have caused me damage to my business as I lost my job due to their actions and I have no ability to get another job as my name has been permanently tarnished.

271.    Below are pictures of my home and the threat of continued nightly riots unless I gave Evet a Get:





38 likes

**berniesetton** @mexicanpacino0528 2136 E 5th. This keeps going ever night till he gives the GET #FREEEVET

**jacobmarcoshamui1** Well now he's in jail

March 11

272.    The police made things worse by coming to take a report and then leaving. When the 150 people saw the police came and allowed honking and blocking the street, the crowd became empowered and realized they could up the ante.

273.    Manopla and Mansour explicitly told me they were in agreement and were giving me one option only and that was give a Get to Evet.

274.    18 USC 1962 (a) states : It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such

income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce.

275.    Rabbi Arking and Rabbi Uziel Admoni are guilty of violating 18 USC 1962 A, by receiving income through a pattern of racketing activity. These two Rabbis are also employed by the Get Busters enterprise by issuing the Jewish Divorces and they both are fully aware of the illegal harassing and intimidating of the Jewish husbands and nonetheless they both participate and receive income through this pattern of racketeering.

276.    The Defendants actions have caused me to now suffer financial damages in seeking out medical experts to deal with the emotional distress I now suffer from because of their extortionist threats.

277.    To remediate the harm caused to me by these Defendants I now am going to have to spend thousands of dollars to remove the defamation that is stated about me online accusing me of causing my wife to be an Agunah, being a get refuser and being an abuser.

278.    The get busters' enterprise even created their own Instagram account see here below:



279.    Now these Get Busters are pursuing a man named David Ohayon, whose wife's name is Esther.

280.    As the Court can see in the picture above, they crossed off the name of Elizabeth Kairey on March 11, 2021 and then left my wife's name because they were on to the next victim of their extortion. See here picture of Mr. Mochon's home soon after I gave my wife a Get:



get_busters

113 likes

get_busters Late last night the Mochon house was egged. This is NOT OK. This is NOT who we are. There is a way to go about this and we as a community have to be in unison. Protesting works, we saw that. Lets stick to the game plan.

281.    See another picture here:



                                      

 Liked by **mkairey** and **182 others**

**get_busters** The kingpin of them all has still not given the Get. This is " NOT OK" I'm not sure why the momentum has died down of this epic movement but we need to get back to what worked. We need to protest again. This time stronger and louder than ever before.

Lets not allow our victories we had make us complacent.

282.    See another picture here:



283.   See another picture here:



**SEVENTH CAUSE OF ACTION-42 USC 1983**

284.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "283" herein with the same force and effect as if the same were set forth at length herein.

285.    To prove conspiracy under § 1983, a plaintiff must show: (1) an agreement between two or more state actors or between a state actor and a private entity; (2) to act in concert to inflict an unconstitutional injury; and (3) an overt act done in furtherance of that goal causing damages.

286.    As alleged in the above facts portion of this complaint, the NYPD was closely working with the Shomrim members Mr. Shacalo and Mr. Wahba in order to allow the rioters to

mob my home with the throwing of eggs, tampering with my air conditioning units, and throwing rocks at my home.

287.    Two separate riots occurred outside my home on March 9, 2021 and March 10, 2021 and due to an impending third riot on Sunday March 14, 2021, I gave the Get to Evet that day.

288.    The Defendants all conspired with Shomrim and NYPD in order to extort the Get from me and these Defendants violated my first amendment freedom of religion.

289.    The Defendants violated the equal protection clause by discriminating against me because I am an Orthodox Syrian Jewish Man exercising my first amendment right in not engaging in a religious protected activity by not giving Evet a Get.

## EIGTH CAUSE OF ACTION-42 USC 1985

290.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "289" herein with the same force and effect as if the same were set forth at length herein.

291.    To state a claim for conspiracy pursuant to 42 U.S.C. § 1985, a plaintiff must allege: (1) a conspiracy; (2) the purpose of which was to deprive a person or class of persons of equal protection of the laws or of equal privileges or immunities under the law; (3) actions by the defendants in furtherance of the conspiracy; (4) injury to plaintiff's person or property or deprivation of a right as a result of these actions; and (5) class-based discriminatory animus.

292.    As described prior, the Defendants all engaged in this conspiracy to extort me to give Evet a Get.

293.     The purpose of the conspiracy was to violation the equal protection clause by denying me the right to engage in religious protected activity and treating me different than every other Orthodox Jewish Man in the country and every other man in this country acting according to their religious beliefs.

294.     Every single Orthodox Jewish man in this country who is married should have been extorted to give a Get by these Defendants if they were treating all Orthodox Men equally.

295.     Additionally, these Defendants did not pick out any Christian or Muslim men to extort them to give their wife a Divorce and I was treated differently solely due to my religious beliefs.

296.     My house suffered substantial damage to the windows due to the throwing of eggs and rocks. My air conditioning units were also tampered with and these damages caused me financial loss.

## NINTH CAUSE OF ACTION-42 USC 1983

297.     Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "295" herein with the same force and effect as if the same were set forth at length herein.

298.     Under the state-created danger theory of liability, a state can infringe a victim's due process rights when its officers assist in creating or increasing the danger that the victim faced at the hands of a third party."

299.     Liability under this theory turns on whether the state conduct contributing to the victim's injury was affirmative which can give rise to liability, or passive which cannot give rise

to liability."

300.    The affirmative conduct of a government official may give rise to an actionable due process violation if it communicates, explicitly or implicitly, official sanction of private violence.

301.    Additionally, "repeated, sustained inaction by government officials, in the face of potential acts of violence, might constitute 'prior assurances' rising to the level of an affirmative condoning of private violence, even if there is no explicit approval or encouragement.

302.    Substantive due process protects against government action that is arbitrary, conscience-shocking, or oppressive in a constitutional sense, but not against government action that is incorrect or ill advised.

303.    On March 9, 2021, I went to the police station to notify the 61st precinct NYPD that a planned protest was set to take place outside my home.

304.    The NYPD ensured me that they would protect me and any illegal protests would be dispersed and those violating the law would be arrested.

305.    When the NYPD arrived that night to take a report, around 150 people were protesting.

306.    The NYPD took a report and then left only one police vehicle to protect me and my family and did NOT arrest anyone.

307.    The NYPD made zero attempt to disperse the protest and instead the protest turned into a riot with my property being damaged.

308.    The NYPD was colluding with the Shomrim group, through Mr. Shacalo and others, and agreed to allow the riots to continue on a nightly basis until I gave Evet a Get.

309.    The next day March 10, 2021 I went to the police station again to ask the NYPD to protect me from another round of riot that would occur that night. Again, the NYPD assured me they would not allow a riot to take place.

310.    That night, a riot occurred with over 1000 people, terrorizing my family, damaging my house and defaming me publicly.

311.    The NYPD cannot claim they had no time to plan the dispersal of the planned mob riots.

312.    Spring Valley Police had notice of a protest in April 2021 and called the State troopers in for assistance. The house of the Rabbi who was protested had yellow tape and 10 officers standing in front his home so that what occurred to me didn't occur to him.

313.    There is now irrefutable evidence what the proper course of action should have been by the NYPD but the NYPD chose to collude with Shomrim to allow my due process rights to be violated.

314.    On videos I can provide to this Court, mob rioters were seen on video at the riot stating that the NYPD only sent one police car to the riot and were not coming out of the car to quell the already tumultuous behavior of the rioters. The mob members stated "we can do whatever we want".

315.    Before the NYPD arrived the protestors were afraid to damage my property and come into my backyard. But once the NYPD came to take the report on March 9, 2021 and then left only one car, the rioters realized the NYPD was there to support them and assist them in the riot.

316.     NYPD 61st committed egregious behavior and they must pay a heavy price for their affirmative actions.

317.     To prevail on a selective enforcement, claim under the Equal Protection Clause, Plaintiffs must show (1) that they were treated differently from other similarly situated individuals, and (2) that such differential treatment was based on 'impermissible considerations such as race, religion, intent to inhibit or punish the exercise of constitutional rights, or malicious or bad faith intent to injure a person.

318.     The NYPD treated me differently than other Jewish Men and other men in general based upon my gender and religious beliefs in not giving my wife a Get.

319.     The NYPD solely discriminated against me based upon my religious stance not to give my wife a Get.

320.     Shomrim is an Orthodox Jewish neighborhood watch group that has headquarters in Brooklyn, NY and there is documented evidence that they work and have a relationship with the NYPD, especially the 61st Precinct.

321.     The NYPD did not protect me the way the Spring Valley Police Dep. and the New York State police protected Rabbi Gestetner at the April riot outside Gestetner's house seen here:



322.    Only this Court has the power to lay the down the law and ensure actions such as the ones taken by these Defendants never occur again in this Country.

## TENTH CAUSE OF ACTION-42 USC 1986

323.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "322" herein with the same force and effect as if the same were set forth at length herein.

324.    42 USC 1986, states: Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in <u>section 1985 of this title</u>, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;

325.    The NYPD was in a position to prevent the riots and failed to do so. Instead, the NYPD conspired with Shomrim to allow rioters to mob my home and destroy it and terrorize my family.

326.    The NYPD knew that a riot was occurring and stood by idly and allowed it take place. Then the NYPD showed up and left one police car to control a riot of 1000 people. There is irrefutable evidence on YouTube and thousands of public videos proving every single allegation that I have stated in this entire complaint.

327.    The Defendants are egregious violators of the law of this country and will not be able to dispute any of the allegations I am setting forth in this complaint.

**ELEVENTH CAUSE OF ACTION-COMMON LAW ASSAULT**

328.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "327" herein with the same force and effect as if the same were set forth at length herein.

329.    In New York, to plead common law assault a Plaintiff needs to prove Unwarranted threat of violence against the plaintiff, made with the intent to provoke observation of the threat, causes a reasonable observation of immediate danger and the defendant has a present capacity to bring about the violence.

330.    The Defendants all placed me in immediate fear of a threat of violence by inciting a mob of violent egg and rock throwing rioters to attack my home several nights in a row and with looming additional rights unless I gave Evet Balas a Get.

331.    The Defendants all placed me in immediate fear of danger to my body and property

and are guilty of common law assault.

## **TWELTH CAUSE OF ACTION-FALSE ARREST**

332.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "331" herein with the same force and effect as if the same were set forth at length herein.

333.    To establish a false arrest or imprisonment claim under New York law, a plaintiff must show that: "(1) the defendant intended to confine [the plaintiff], (2) the plaintiff was conscious of the confinement, (3) the plaintiff did not consent to the confinement and (4) the confinement was not otherwise privileged."

334.    An arrest or confinement is privileged if it is based on probable cause.

335.    Probable cause to arrest exists when the officers have knowledge or reasonably trustworthy information of facts and circumstances that are sufficient to warrant a person of reasonable caution in the belief that the person to be arrested has committed or is committing a crime.

336.    On March 11, 2021, circa 10:00am, my wife, Shirley, was accompanied to the police station of the 61st precinct by various members of the Syrian Community, including but not limited to David Assis, who were coercing her to report crimes that I committed against her. David Assis and his other fellow Shomrim comrades utilized their powerful positions in said group to assist and coordinate the arrest of me that took place shortly thereafter on March 11, 2021. Mr. Assis is a member of Flatbush Shomrim and he's a friend with Mr. Michael Wahba, Toby Shacalo and Rabbi Eli Mansour follower as well he is a volunteer security personal at Shaare Zion Congregation, I believe he posted my picture at Shaare Zion Congregation before March 9, 2021.

Mr. Assis is the President of Community Security Alliance located at: 3603 Quentin Road, Brooklyn, New York 11234. Contact # 917.439.5126 | 347.434.3973 website address: csalive.org and email address : Info@csalive.org.



337.    The NYPD officers who took the report were aware that my wife was being pressured into relaying the information that I hit and verbally abused her.

338.    No reasonable minded officer can claim that they had reasonably trustworthy information sufficient to reasonably believe in their exercise of caution that I had committed a crime.

339.    Shirley conveyed information to the officers regarding actions that I allegedly took on February 28, 2020 and August 28, 2020, which was approximately 13 months and 7 months prior, respectively. Moreover, Shirley was being accompanied by members of the Shomrim

Watchgroup; namely Toby Shacalo and Michael Wahba, the same members who were present outside my home during the riots and the same members who shared the recording with various Jewish media news sites.



340.   The officers knew or should have known that Shirley was not presenting accurate information to them since these same officers from this 61st precinct were aware of the riots that were occurring nightly outside my home and they were in direct contact with the same Shomrim Members who ordered them to stand down during the riots and these same members came with Shirley to report crimes I had allegedly committed many months prior which should have alerted the officers that they were not receiving a credible report.

## **TWELTH CAUSE OF ACTION-MALICIOUS PROSECUTION**

341.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "340" herein with the same force and effect as if the same were set forth at length herein.

342.    To prevail on a claim for malicious prosecution under New York law, a plaintiff must establish that "(1) the defendant either commenced or continued a criminal proceeding against him; (2) that the proceeding terminated in his favor; (3) that there was no probable cause for the criminal proceeding; and (4) that the criminal proceeding was instituted in actual malice.

343.    Officer John and Jane Doe from the 61st Precinct commenced a criminal proceeding against me. In fact, on March 11, 2021, two female officers from the 61st precinct came to residence to inquire about a "domestic violence incident". I allowed them in my home and showed them how my wife and kids were not present and it was obvious the cops were sent by Shomrim to fabricate a claim of domestic violence since my wife was not even present.



**freesyagunot**

1,540 views • Liked by **jeanettes_olives**
View all 14 comments
**jeanettes_olives** Good!! It was the most disturbing thing i ever heard!!!!!!!

344.    Several hours later in the day 11 the NYPD officers came to my home and arrested me for "domestic violence" charges stemming from an alleged incident that took place nearly one year prior. Additionally, dozens of people were outside my home taking pictures and videos of the arrest and it was publicized all over the internet. The COPS and Shomrim planned this arrest for purposes of causing me severe emotional distress in order to ultimately extort the Get from me.

345.    The proceedings that were commenced against me were terminated in my favor as Shirley did not continue pressing charges against me. As described in the foregoing sections, the officers did not have probable cause to commence these proceedings and should have known that Shirley was being coerced into fabricating these claims against me.

346.     The Officers instituted the criminal proceedings with actual malice for purposes of furthering the conspiracy with Shomrim and other Defendants herein in extorting the Get from me.

## THIRTEENTH CAUSE OF ACTION-1983 MUNICIPAL LIABILITY

347.     Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "346" herein with the same force and effect as if the same were set forth at length herein.

348.     A plaintiff must allege that the municipality itself caused or is implicated in the constitutional violation.

349.     The Second Circuit uses a two-prong approach in determining Monell liability for Section 1983 claims. First, the plaintiff must plead the existence of a municipal policy or custom in order to show that the municipality took some action that caused his injuries beyond merely employing the misbehaving officer. Second, the plaintiff must allege a direct causal link between a municipal policy or custom and the alleged constitutional deprivation.

350.     Where municipal liability is based on a failure to train employees, the inadequate training itself must reflect deliberate indifference to constitutional rights.

351.     To allege deliberate indifference, a plaintiff must properly plead (1) that a policymaker knows to a moral certainty that his or her employees will confront a given situation; (2) that the situation either presents the employee with a difficult choice of the sort that training or supervision will make less difficult or that there is a history of employees mishandling the situation"; and (3) that the wrong choice by the employee will frequently cause the deprivation of a citizen's constitutional rights.

352.    NYPD decision makers are aware that their officers, at some point, will need to arrest protestors taking part in a large demonstration. NYPD officers mishandling large protests could cause constitutional deprivations.

353.    The 61st precinct was unequivocally aware that a riot was forming outside my residence on the night of March 9, 2021. The NYPD came to my home to take a report and documented that 150 people were outside my residence illegally protesting during nighttime hours. Four officers came to take the report and then they left without providing me security and without dispersing the illegal riot taking place.

354.    City of New York laws require permits to protest. Furthermore, said laws also state that loudspeakers are forbidden without special permits.

355.    The people who rioted outside my home had neither permits to protests nor permits to use loudspeakers. Moreover, honking car horns and throwing eggs and rocks at my home is illegal. And the NYPD witnessed the foregoing events and remained on the sidelines the entire time.

356.    The City of New York personally witnessed the foregoing events and then again on March 10, 2021, the NYPD did absolutely nothing to disperse the illegal riot that took place on March 10, 2021 directly outside my home. And the NYPD cannot claim they did not have notice of the riots since they documented the illegal riot the prior night.

357.    As a law abiding U.S citizen I have the constitutional right to live in peace and tranquility in my home, especially during night time hours.

358.    My rights were trampled on by the deliberate indifference of the City of New York.

359.     Additionally, several illegal protests formed in the weeks after March 10, 2021, namely, outside the homes of Mr. Joseph Mochon and Mr. David Ohayon. In all, there were at least 7 illegal protests that occurred in the jurisdiction of the City of New York where rioters threw eggs at the homes of New York State citizens and the NYPD did absolutely nothing to protect the targets of the Orthodox Jewish mob.

360.     The City of New York is guilty of Monell liability for displaying their approval and deliberate indifference to the illegal violent protests that occurred outside my residence on consecutive nights of March 9, 2021 and March 10, 2021.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Pro Se Dibo Hafif requests that the Court enter an Order, adjudge, and decree in favor of Plaintiff for:

A.     An award of Compensatory damages to the Plaintiff in an amount to be determined at trial but not less than $500,000,000 with the Court adjudicating the amount to be attributed to each Defendant;

B.     A preliminary and permanent injunction enjoining the Defendants from speaking about the Plaintiff in any public forum including but not limited to all forms of social media;

C.     A preliminary and permanent injunction preventing the Defendants from contacting me in any form whatsoever, including a no-third party contact provision and preventing the Defendants from engaging in any form of inciting protests against me or my family members;

D.     An award of treble as well as punitive damages due to Defendants' actions as willful, wanton, and malicious in any amount to be determined at trial;

E.     Giving a directive to the FBI and/or U.S Justice Dep. to investigate and prosecute the Defendants for violations of Federal United States Criminal Law, if the Court determines that they violated the criminal laws and a directive to the US Justice Department to investigate why the FBI has not investigated the illegal riots that I was subjected to.

F.     An award of such other and further relief as the Court may deem just and proper.

## PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a non-frivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11. I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: March 6, 2023

/s/ Dibo Hafif

Dibo Hafif

917.418.4837

Address: 57 Gravesend Neck Road, Brooklyn. NY 11223

County of Kings

# EXHIBIT A



בית דין שע"י אור הלכה
רב ח"ם אשר ארק,ע, הרב פנחס רבינוב,ץ, רב אל,עזר כהן

Re: Dibo Hafif

בס"ד

בפנינו בית דין חתומי מתה באחד בשבת יום ראשון לירח ניסן שנת חמשת אלפים ושבע מאות
ושמנים ואחת לבריאת עולם למנין שאנו מנין כאן בברוקלין מתא דיתבא על כיף ימא ועל נהר
א,סט ר,וויר ועל מי נהרות ג,רש הבעל ד,בו בן תופ,ק בגט פ,טורין כדת משה ו,שראל את אשתו
א,ו,ט בת אל,הו דמתקר, כדר ודמתקר, א,לא, ומותר לו ל,שא אשה אחרת כדת משה ו,שראל,
ועל זה באנו על החתום



נאום _____ ס,חס אלהו רב,נוב,ץ _____ אב"ד
נאום _____ ח,ם שלו, צ,רקנ,' הכהן _____ דיין
נאום _____ אל,עזר כהן _____ דיין

This is to certify that on the 1st day of Nisan of the year 5781 (Corresponding to
March 14, 2021), In the city of Brooklyn, NY, **Dibo Hafif** divorced his wife **Evet
Hafif (nee Balas)** in accordance with Jewish Law. He is therefore permitted to
marry.

# EXHIBIT B

# Rabbincal Court
# Ezer Mishpat
### Rabbi Pinchus Eliyohu Rabinowitz
### RAVAD



בית דין צדק
עזר משפט
הרב **פינחס אליהו רבינוביץ** שליט"א
ראב"ד

---

**100 Park Ln. ▪ Monsey ▪ NY ▪ 10952 ▪ Tel. (845) 425-8893**

---

Mon. January 17th , 2022

Mrs. Evet Hafif,

It is unfortunate that I am coming to you to write this letter, but given the circumstances, I am compelled to do so. Upon investigating the sequence of events that resulted in your husband giving the Get on March 14th of 2021, I have come to the conclusion that the situation under which the Get was given was a **situation of duress**, Reasons include:

- Various individuals organized protests which turned violent. When Mr. Hafif called the police for protection, organizers kept the police away.

- Mr. Hafif received many personal threats and harassments over the phone.

- A member of the community put pressure on his second wife to lie to the police department in order to have him arrested, all as an underhanded tactic for the purpose of forcing him to give a Get.

All of the above creates a serious halachic concern of coercion which would invalidate the Get (referred to in halachic terms 'Get me'use'– גט מעושה). Any outside pressure needs to be done in accordance of a Bet Din, who heard both sides, and only after issuing an halachic 'psak din' (ruling). Since here, this was not the case, unfortunately there is no proper halachic basis to validate the Get.

I strongly recommend that both parties attend an established Bet Din to resolve all matters. We are ready to assist you in any way we can.

Sincerely,

Rabbi Pinchos E. Rabinowitz
Av Bet Din



# EXHIBIT C





# DAILY NEWS

Subscribe    Learn more…    **ONLY $1 FOR 6 MONTHS** Our Spring Sale ends soon


Long Island Rail Road headaches continue for commuters despite promis…


Murdered NYC bodega worker, estranged from his family, lived sad and lonely…

Ex-White Hous director Hope Manhattan DA

## NEW YORK

# Brooklyn rabbi gets 10 years for leading a gang of men who beat up Jewish husbands reluctant to divorce their unhappy wives

By Reuven Blau

NEW YORK DAILY NEWS • Dec 15, 2015 at 3:33 pm

  

⤢ Expand



FEEDBACK

Privacy • Terms

Rabbi Mendel Epstein, 70, was dubbed "The Prodfather" after he was convicted of charging desperate wives thousands of dollars to torture their husbands into compliance. (5 Towns Jewish Times/5 Towns Jewish Times)

**Brooklyn rabbi gets 10 years for leading a gang of men who beat up Jewish h...**

↺  🔊                                                04:22   ( 1x )

A Brooklyn rabbi got 10 years in the slammer Tuesday for his role as the ringleader of a gang of Jewish men who used violence — involving handcuffs and electric cattle prods — to force reluctant husbands to give their wives religious divorces.

Mendel Epstein, 70, was dubbed "The Prodfather" after he was convicted of charging desperate wives thousands of dollars to torture their husbands into compliance.

The white-bearded Talmudic scholar once bragged about using an electric cattle prod to persuade the men to sign a religious divorce document, known as a "get."

**MAN RAILS AGAINST JEWS, ATTACKS UWS JEWISH BOOKSTORE OWNER**



Epstein, a prominent rabbi who specializes in divorce proceedings, was found guilty of conspiracy to commit kidnapping.

On Tuesday, he was sentenced to 10 years behind bars — but he could have been sent away for life, authorities said.

A total of 10 men in all were convicted with Epstein for participating in his schemes.

The rabbi's plot started to unravel when federal agents set up a sting to catch him and his Orthodox goons.

An agent posed as a woman desperate to get a religious divorce. She went crying to Epstein for help, according to phone conversations played at trial.

"The Prodfather" told the undercover agent it would cost $60,000 to pay for the potential beatdown.

⛶ Expand      ▶ Autoplay                                                    1 of 9 ‹ ›

3/7/23, 1:22 PM    Brooklyn rabbi gets 10 years for leading a gang of men who beat up Jewish husbands reluctant to divorce their unhappy wives – N…

Case 1:22-cv-01199-LDH-RML    Document 59    Filed 03/07/23    Page 88 of 92 PageID #: 837



A Brooklyn rabbi got 10 years in prison for orchestrating the abduction and torture of two Jewish husbands, who were reluctant to give their wives religious divorces. These photos were submitted as evidence by federal prosecutors in New Jersey. Pictured here, is a blade found during the raid in a New Jersey warehouse. (Police handout)

Epstein, who headed a small congregation in Brooklyn, was arrested in October 2013 as he and his men were busted inside an Edison, New Jersey, warehouse.

Case 1:22-cv-01109-LDH-PML   Document 59   Filed 03/07/23   Page 89 of 92 PageID #: 838

They were there plotting to confront the undercover agent's non-existent husband.

The father of nine, grandfather of 45 and great-grandfather of five was caught on tape boasting that his "team" kidnaps and beats stubborn husbands until they give their wives a "get."

3/7/23, 10:23 AM    Brooklyn rabbi gets 10 years for leading a gang of men who beat up Jewish husbands reluctant to divorce their unhappy wives – N…

Case 1:22-cv-01109-LDH-RML    Document 59    Filed 03/07/23    Page 90 of 92 PageID #: 839



Epstein, a prominent rabbi who specializes in divorce proceedings, was found guilty of conspiracy to commit kidnapping. (Mel Evans/AP)

Six co-defendants pleaded guilty in the case before it went to trial.

Case 1:22-cv-01199-LDH-PML   Document 59   Filed 03/07/23   Page 91 of 92   PageID #: 830

At the trial, defense attorney Robert Stahl argued Epstein was a "champion of women's rights" who was "puffing and exaggerating" when he talked to undercover agents about what he could do for them.

Assistant U.S. Attorney Sarah Wolfe stressed Epstein and the others weren't participating in a religious ritual.

"These people were not here for a religious ceremony," she told the jury of eight men and eight women.

"There is nothing religious about this. This is a kidnapping," she said.

Prosecutors pointed to a long list of items the men used that was found inside their mini-van.



Rope was found in the mini-van used by the violent group of Jewish men.

Boots, black shirts, stockings, gloves, a hat or face mask, a blindfold and handcuffs were all on the list.

Epstein also talked about what the men should do if the husband was so scared he suffered a heart attack.

"Take a right turn and let him die," he told an undercover agent.

A mask the men used in their kidnappings.

Epstein's lawyer argued the feds were missing a major piece of evidence—a cattle prod.



**Breaking News**

As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.