RECEIVED IN PRO SE
MAY 18 2023 @ 7:08 PM
VIA BOX.COM

ד"בס

Dibo Hafif
57 Gravesend Neck Road, 1Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com

---

May 18, 2023

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Hafif v. Rabbi Eli J. Mansour, et al.,
     22-CV-1199 (LDH)(RML)

Dear Honorable Court:

This letter is in response to the recent order issued by Judge Levy, granting Defendant's motion for extension and compel.

The undersigned was not provided with a sufficient time to respond to Defendant's motion. Moreover, the Defendant filed his application as a motion and not order to show cause and the undersigned should have been provided with a deadline as to when to respond to said motion.

Defendant's motion seeks relief that should be sought during the discovery process and not before a responsive pleading is filed. Defendant's attorney can simply speak to the NYPD 61st Precinct regarding the allegations set forth in my complaint. What Defendant seeks is discovery and at this stage, discovery is inappropriate. But, if the Court permits discovery, I am entitled to request all 911 emergency phone calls, and a radio dispatch communication between the police department officers and Shomrim in addition to the body camera footage of my arrest, and the two separate riots that occurred outside my home.

Lastly, the record reflects severe prejudice against me since my letters and motions have been widely disregarded, and answered, if at all, many months

subsequent to my filing. In contrast, Defendant's applications have been answered within days, without even providing the undersigned time to respond. I do not believe this is fair.

    I request guidance from the Court as to the foregoing.

Respectfully submitted,

/s/ Dibo Hafif

Dibo Hafi
Pro Se Plaintiff
