FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jun 25, 2023, 3:03 PM
Pro Se Office via Box.com

בס"ד

**Dibo Hafif**
**57 Gravesend Neck Road, 1ˢᵗ Fl.**
**Brooklyn, New York 11223**
**Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

---

June 23, 2023                                                                         ד׳ בתמוז תשפ"ג

**VIA ECF**

Honorable LaShann DeArcy Hall         Re:    <u>Hafif v. Rabbi Eli J. Mansour, et al.,</u>
United States District Court                         22-CV-1199 (LDH)(RML)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Subject: Request to Reconsider Signing Paperwork Prior to Discovery

Dear Judge DeArcy Hall,

I hope this letter finds you in good health and high spirits. I am writing to bring an urgent matter to your attention that pertains to my ongoing case before this honorable court. I believe that my constitutional rights are being violated by an insistence from the New York Police Department (NYPD) to compel me to sign certain documents prior to the commencement of the discovery process.

I respectfully request your intervention to ensure that the proper legal procedures are followed in this matter. As a citizen of this great nation, I deeply value the protections afforded to me by the United States Constitution, particularly those outlined in the Fifth Amendment, which safeguards my right against self-incrimination. It is my sincere belief that by forcing me to sign these documents prematurely, I am being deprived of my fundamental constitutional rights.

While I fully acknowledge the importance of cooperation and compliance with law enforcement agencies during legal proceedings, it is crucial that due process is upheld and all parties involved are afforded the opportunity to engage in discovery before any significant actions are taken. The discovery phase allows for the exchange of relevant information, evidence, and testimonies, which are essential for the fair and just resolution of any legal matter.

By being coerced into signing documents before the discovery process has even begun, I am effectively being deprived of the chance to fully understand the scope and implications of the NYPD's request. This premature action puts me at a significant disadvantage and hampers my ability to adequately prepare for my defense. It is my firm belief that such actions undermine the principles of justice and fairness upon which our legal system is built.

I kindly request that Your Honor consider my plea to suspend any obligation to sign the aforementioned paperwork until the appropriate time in the legal proceedings, specifically during the discovery phase. This would allow for a more equitable and transparent process, ensuring that all parties involved have equal access to pertinent information and that my constitutional rights are upheld.

I am confident in your wisdom and impartiality in safeguarding the principles upon which our legal system is founded. Your intervention in this matter would not only serve to protect my rights as an individual but also uphold the integrity of the justice system itself.

I extend my deepest gratitude for your attention to this matter and your commitment to ensuring the fair administration of justice. I have full faith in the judiciary's ability to rectify this situation and restore my constitutional rights. I kindly request the opportunity to present my case before the court and plead my cause in person.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Dibo Hafif