בס"ד

Dibo Hafif
57 Gravesend Neck Road, 1Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com

_____

July 11, 2023

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Jul 11, 2023, 10:51 PM
Pro Se Office via
Box.com**

Re:     Hafif v.Rabbi Eli J. Mansour, et al.,
        22-CV-1199 (LDH)(RML)

Dear Honorable Court:

I hope this letter finds you well. I am writing to express my deep concerns regarding the apparent disregard for my valid requests in the aforementioned case. It has come to my attention that the court has been consistently granting the requests made by the defendants while ignoring my fundamental right to have all the defendants properly served, thus hindering the proper progression of this case.

As an honest and law-abiding citizen, I have diligently followed the rules and procedures that govern this court, submitting all necessary documents and adhering to every requirement. It is disheartening to witness the court's failure to ensure equal treatment and due process for all parties involved.

I have made multiple requests to have all the defendants served in accordance with the rules of this court. I firmly believe that such service is essential for the fair and just resolution of this case.

By neglecting my requests, the court is not only impeding the progress of this matter but also jeopardizing the integrity of the judicial system.

Furthermore, I have filed an appeal challenging the court's order that obliges me to sign a document before proceeding to discovery. I must emphasize that this requirement places an undue burden on me as it is unnecessary at this stage of the proceedings. The veracity of the allegations presented in my complaint should not be a determining factor in deciding whether the defendants should unseal a document. This request for unsealing seems premature and unwarranted.

I respectfully request that you review the current state of affairs and intervene to rectify these issues promptly. I firmly believe that justice can only be achieved when all parties involved are treated equally and afforded the same opportunities to present their case. I implore the court to grant my requests for proper service of all defendants and reconsider the need to sign the document before discovery.

I have unwavering faith in the legal system and trust that you will carefully consider the matters raised in this letter. It is my sincere hope that the court will uphold the principles of fairness and justice and ensure that this case proceeds in a manner that respects the rights of all parties.

Thank you for your attention to this matter. I would greatly appreciate any action taken to address the concerns raised herein.

Respectfully submitted,

*/s/ Dibo Hafif*

Pro Se Plaintiff