**RECEIVED IN PRO SE OFFICE**
**OCT 09, 2023 @ 7:56AM**
**VIA BOX.COM**

בס"ד

Dibo Hafif
57 Gravesend Neck Road, 1Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com

_____

October 09, 2023

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u>
        22-CV-1199 (LDH)(RML)

Dear Honorable Court:

    I hope this letter finds you well. I am writing to express my concern about the prolonged inactivity in the aforementioned case, and I would like to request your assistance in expediting the resolution of this matter.

    As you are aware, this case has remained dormant for several months, and I have been patiently awaiting the Court's attention to my requests for alternative service. I understand that the Court strives to ensure a speedy and just resolution to all actions in Federal Court, and I am hopeful that you can help facilitate the progress of this case so that it may proceed on its merits.

    I am committed to cooperating fully with the Court and all parties involved to ensure a fair and timely resolution. I kindly request that you review the status of this case and take any necessary steps to move it forward.

    Thank you for your consideration of this matter. I remain committed to upholding the principles of justice, and I trust that the Court will continue to act in the best interests of all parties involved.

Respectfully submitted,

/s/ Dibo Hafif

Pro Se Plaintiff