בס"ד

Dibo Hafif
57 Gravesend Neck Road, 1Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com

_____

December 27, 2023

**VIA ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED
Dec 27, 2023, 3:59 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com**

Re:     <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u>
        22-CV-1199 (LDH)(RML)

Dear Honorable Court,

    As the Court is well aware, this case has remained dormant and practically stagnant for several months. The Defendants have been granted certain requests compelling me to provide specific documents, while concurrently, my requests for documents and discovery from the Defendants have been consistently ignored or denied. This apparent imbalance raises serious concerns of injustice, prompting the undersigned to respectfully suggest that the Court consider recusing itself. It is our belief that the matter should be reassigned to a Justice committed to ensuring equal treatment for both parties under the law.

    Moreover, in adherence to the Federal Rules of Civil Procedure (FRCP), parties are entitled to a speedy and just resolution for all matters presented to the Federal Courts. Unfortunately, it is evident that this case has not progressed in a prompt and efficient manner, as mandated by the FRCP.

    In light of the aforementioned circumstances, we kindly request the Court's prompt attention to this matter. Your swift consideration and action in this regard will not only serve the interests of justice but will also contribute to the timely resolution of the issues at hand.

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Dibo Hafif*

Pro Se - Plaintiff