**RECEIVED IN PRO SE OFFICE**
**JAN 04, 2023 @10:33PM**
**VIA BOX.COM**

## DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Dibo Hafif, Date of Birth 03/12/68 SS# ⌐ ⌐ pursuant to CPL §§ 160.50 and 160.55, hereby designate HON. SYLVIA O. HINDS-RADIX, Corporation Counsel of the City of New York, or her authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v.Dibo Hafif</u>, Docket No. or Indictment No. 2022-052703, in _____ Court, County of KINGS, State of New York, relating to my arrest on or about March 11, 2021, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Dibo Hafif

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF Kings          )

On this 18th day of May, 2023, before me personally came Dibo Hafif, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

IRINA ORLOVETSKAYA
Notary Public - State of New York
NO. 01OR6359228
Qualified in Kings County
My Commission Expires May 22, 2025

בס״ד

**Dibo Hafif**
**57 Gravesend Neck Road, 1ˢᵗ Fl.**
**Brooklyn, New York 11223**
**Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

January 04, 2024                                                        כ״ג בטבת תשפ״ד

**VIA ECF**

Honorable LaShann DeArcy Hall                  Re:   Hafif v.Rabbi Eli J. Mansour, et al.,
United States District Court                              22-CV-1199 (LDH)(RML)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

NYC Law Department
100 Church Street
New York, New York 10007
(212) 356-1000

**SUBJECT: ACCESS TO SALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55**

Dear Mr. Difronzo,

I trust this letter finds you in good health and high spirits. In accordance with the order dated January 2, 2024, please find attached my notarized signature for Access to Sealed Records Pursuant to NYCPL 160.50 And 160.55.

Despite my belief that my constitutional rights are being violated due to the New York Police Department (NYPD) insisting on compelling me to sign certain documents before the commencement of the discovery process, I am complying with the court order under the threat of dismissing my case.

Being coerced into signing documents before the discovery process has even begun deprives me of the opportunity to fully understand the scope and implications of the NYPD's request. This premature action puts me at a significant disadvantage and hampers my ability to adequately prepare for my defense. I firmly believe that such actions undermine the principles of justice and fairness upon which our legal system is built.

I would like to take this opportunity to formally request a Discovery Demand from the NY Police Department to produce all records pertaining to my case between March 9, 2021, and March 11, 2021. Additionally, I request all evidence related to the interaction between my wife, the Police, and the Shomrim organization Members.

Thank you for your time and consideration.


Respectfully submitted,

/s/ Dibo Hafif


cc:     **Via ECF**
        **Counsel of Record**


        **By U.S. Mail & Email**

        NYC Law Department
        100 Church Street
        New York, New York 10007

        **Luca Difronzo**
        ldifronz@law.nyc.gov
        **John Edmund Schemitsch**
        jschemit@law.nyc.gov