בס"ד

**Dibo Hafif
57 Gravesend Neck Road, 1st Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

---

April 1, 2024                                                                                   כ"ב באדר ב' תשפ"ד

**<u>VIA ECF</u>**

Honorable Chief Judge Margo K. Brodie,          Re:  <u>Hafif v. Rabbi Eli J. Mansour, et al.,</u>
United States District Court                                    22-CV-1199 (LDH)(RML)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Chief Judge Brodie,

 I am writing to express my profound disappointment and frustration with the handling of my case by the court. Despite my best efforts to comply with all court orders and procedures, it appears that my filings have been disregarded and overlooked without proper consideration.

 As a pro se litigant, navigating the legal system without legal representation can be challenging, but I have diligently followed all instructions and adhered to the court's rulings to the best of my ability. However, despite my efforts, it seems that my filings have not been given the attention they deserve. I believe that this court is biased toward me and not considering my rights according to the law.

 It is particularly disheartening to witness such disregard for due process and fairness within the judicial system. I firmly believe that I have fulfilled my obligations and responsibilities as a litigant, and it is deeply troubling to see my efforts go unrecognized and ignored.

 Therefore, I respectfully request that you investigate this matter and ensure that my case is given the attention and consideration it deserves. Additionally, I would like to request a new judge to be assigned to my case, one who will treat me fairly, equally, and properly according to the law.

Every individual, regardless of representation, deserves fair treatment and access to justice within the legal system.

Thank you for your attention to this matter. I trust that you will take the necessary steps to address this issue and restore confidence in the integrity of the court.

Respectfully submitted,

*/s/ Dibo Hafif*

**cc:** <u>Via ECF</u>
**Counsel of Record**

בס"ד

**Dibo Hafif**
**57 Gravesend Neck Road, 1ˢᵗ Fl.**
**Brooklyn, New York 11223**
**Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

**March 28, 2024**        י״ח באדר ב׳ תשפ״ד

<u>**VIA ECF**</u>

| | |
|---|---|
| Honorable LaShann DeArcy Hall<br>United States District Court<br>Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | Re:   <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u><br>      22-CV-1199 (LDH)(RML) |

Dear Judge Hall,

    I am writing to express my deep concern regarding the recent order issued by the court, particularly in reference to Document #81 and the letter submitted to the defendant attorney and the court on 01.04.2024. It is truly beyond comprehension and quite shocking that these materials were not reviewed prior to the court's decision.

    Throughout the history of this case, I have diligently complied with the court's orders and provided timely responses to all directives. It is essential that this context is considered when evaluating my actions in relation to the recent order.

    I sincerely hope that the court has thoroughly examined the docket before proceeding with any further actions, especially considering the imminent dismissal of the case. Failure to do so may result in significant embarrassment upon appeal, as it would become evident that crucial documents were disregarded prior to issuing an order claiming non-compliance on my part.

    This latest order from Judge Hall serves as yet another piece of evidence indicating a clear bias against me, without due consideration for my timely and compliant responses to her directives. It is imperative that all submitted materials be given fair and impartial review before any conclusions are drawn.

I respectfully urge the court to revisit the aforementioned document and letter, and to reconsider its position in light of the information provided therein. Your careful consideration of these matters is crucial to ensuring a just and equitable resolution.

Thank you for your attention to this matter. I trust that you will give it the thorough consideration it deserves.

Respectfully submitted,

*/s/ Dibo Hafif*

**cc:** <u>**Via ECF**</u>
**Counsel of Record**

# Activity in Case 1:22-cv-01199-LDH-RML Hafif v. Mansour et al Letter

From: ecf_bounces@nyed.uscourts.gov

To: nobody@nyed.uscourts.gov

Date: Tuesday, January 9, 2024 at 12:57 PM EST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 01/09/2024 at 12:46:00 PM EST and filed on 01/09/2024

**Case Name:** Hafif v. Mansour et al
**Case Number:** 1:22-cv-01199-LDH-RML
**Filer:**
**Document Number:** 81

**Docket Text:**
**Letter filed by pltff. Dibo Hafif In Response to the court's [80] R&R, and further requesting a discovery demand from NYPD. (W/Signed Access To Sealed Records Pursuant To NYCPL 160.50 AND 160.55). (Pro Se File Date:1/4/2024, Recv'd. 1/9/2023). (MLR)**

**1:22-cv-01199-LDH-RML Notice has been electronically mailed to:**

Mark Ian Binsky    mbinsky@agfjlaw.com

John Edmund Schemitsch    jschemit@law.nyc.gov

Luca Difronzo    ldifronz@law.nyc.gov

Dibo Hafif    jeffhafif@yahoo.com

**1:22-cv-01199-LDH-RML Notice will not be electronically mailed to:**

Murray Betesh
500 Roseld Avenue
Deal, NJ

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/9/2024] [FileNumber=18562844-0]
[9780541eb552b31fd1ba48932e2392ca93658a5dca069d0c682466a48c3522f36e222
30a53724a9c39353c4841a3d19721d935e2b42b3c2829d77a5a4b3581e6]]

*This is a re-generated NEF. Created on 1/9/2024 at 12:55 PM EST*

בס"ד

**Dibo Hafif**
**57 Gravesend Neck Road, 1ˢᵗ Fl.**
**Brooklyn, New York 11223**
**Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

January 04, 2024                                                                                     כ"ג בטבת תשפ"ד

**VIA ECF**

Honorable LaShann DeArcy Hall           Re:   Hafif v.Rabbi Eli J. Mansour, et al.,
United States District Court                          22-CV-1199 (LDH)(RML)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

NYC Law Department
100 Church Street
New York, New York 10007
(212) 356-1000

**SUBJECT: ACCESS TO SALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55**

Dear Mr. Davies,

    I trust this letter finds you in good health and high spirits. In accordance with the order dated January 2, 2024, please find attached my notarized signature for Access to Sealed Records Pursuant to NYCPL 160.50 And 160.55.

    Despite my belief that my constitutional rights are being violated due to the New York Police Department (NYPD) insisting on compelling me to sign certain documents before the commencement of the discovery process, I am complying with the court order under the threat of dismissing my case.

    Being coerced into signing documents before the discovery process has even begun deprives me of the opportunity to fully understand the scope and implications of the NYPD's request. This premature action puts me at a significant disadvantage and hampers my ability to adequately prepare for my defense. I firmly believe that such actions undermine the principles of justice and fairness upon which our legal system is built.

    I would like to take this opportunity to formally request a Discovery Demand from the NY Police Department to produce all records pertaining to my case between

March 9, 2021, and March 11, 2021. Additionally, I request all evidence related to the interaction between my wife, the Police, and the Shomrim organization Members.

Thank you for your time and consideration.

Respectfully submitted,

/s/ Dibo Hafif

**cc:** <u>**Via ECF**</u>
**Counsel of Record**


<u>**By U.S. Mail & Email**</u>

NYC Law Department
100 Church Street
New York, New York 10007

**Luca Difronzo**
<u>ldifronz@law.nyc.gov</u>
**John Edmund Schemitsch**
<u>jschemit@law.nyc.gov</u>

# DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Dibo Hafif, Date of Birth XXXXXXXX SS# XXXXXXXXXXX pursuant to CPL §§ 160.50 and 160.55, hereby designate HON. SYLVIA O. HINDS-RADIX, Corporation Counsel of the City of New York, or her authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Dibo Hafif</u>, Docket No. or Indictment No. 2022-052703, in _____ Court, County of Kings, State of New York, relating to my arrest on or about March 11, 2021, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

_____
Dibo Hafif

STATE OF NEW YORK ) 
                  : SS.:
COUNTY OF Kings   )

On this 18th day of May, 2023, before me personally came Dibo Hafif, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

_____
NOTARY PUBLIC

IRINA ORLOVETSKAYA
Notary Public - State of New York
NO. 01OR6359228
Qualified in Kings County
My Commission Expires May 22, 2025

# Case # CV 22-1199

From: Jeff Hafif (jeffhafif@yahoo.com)

To: ldifronz@law.nyc.gov; jschemit@law.nyc.gov

Date: Thursday, January 4, 2024 at 04:17 PM EST

```
Dar Mr. Difronzo & Mr. Schemitsch

     As per court order, please review the attached.

"The quality of a person's life is in direct proportion to their
commitment to excellence, regardless of their chosen field of endeavor."
- Vincent Lombardi

Jeff Dibo Hafif Direct | 917.418.4837
```

 22- DH_Court_Letter_01.04.2024.pdf
227.7kB

 Access To Sealed Records Pursuant To NYCPL 160.50 & 160.55_05.18.2023.pdf
949kB

# Automatic reply: [EXTERNAL] Case # CV 22-1199

From: DiFronzo, Luca (LAW) (ldifronz@law.nyc.gov)

To: jeffhafif@yahoo.com

Date: Thursday, January 4, 2024 at 04:25 PM EST

I am out of the office from December 20, 2023 to January 8, 2024 and will be reviewing emails periodically during this time. In the event of an emergency, please contact ACC Mary Jane Anderson at (212) 356-2415 or maanders@law.nyc.gov.

# RE: [EXTERNAL] Case # CV 22-1199

From:   DiFronzo, Luca (LAW) (ldifronz@law.nyc.gov)

To:     jeffhafif@yahoo.com

Date:   Tuesday, January 9, 2024 at 01:56 PM EST

Good Afternoon Mr. Hafif,

I was out of the office until yesterday, however I received your correspondence and saw your recent filing. I will follow up with the City's position after internal discussions.

Thank you,

**Luca Difronzo**
*Assistant Corporation Counsel*
New York City Law Department
Special Federal Litigation Division
100 Church Street, Room 3-139
New York, NY 10007
(212) 356-2354
ldifronz@law.nyc.gov



**PRIVILEGED AND CONFIDENTIALITY NOTICE**
This e-mail message is intended only for the person(s) to whom it is addressed and may contain information that is privileged confidential, or otherwise protected from disclosure.  The information contained herein is not to be forwarded, discussed, or otherwise disclosed to anyone other than the person(s) addressed in this email without the advance written permission of the sender.  Any unauthorized review, use, disclosure or distribution is expressly prohibited. If you are not the intended recipient of this e-mail, please promptly alert the sender by reply e-mail that you received it in error and destroy all copies of the original and any reply message.

**From:** Jeff Hafif <jeffhafif@yahoo.com>
**Sent:** Thursday, January 4, 2024 4:57 PM
**To:** DiFronzo, Luca (LAW) <ldifronz@law.nyc.gov>; Schemitsch, John (Law) <jschemit@law.nyc.gov>
**Cc:** elliothirschlaw@gmail.com
**Subject:** [EXTERNAL] Case # CV 22-1199

   You don't often get email from jeffhafif@yahoo.com. Learn why this is important
**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Dar Mr. Difronzo & Mr. Schemitsch

> As per court order, please review the attached.

"The quality of a person's life is in direct proportion to their commitment to excellence, regardless of their chosen field of endeavor." - Vincent Lombardi

Jeff Dibo Hafif Direct | 917.418.4837 Fax | 718.880.5422