**RECEIVED IN THE PRO SE OFFICE
SEPT 30, 2024, 2:57PM
VIA BOX.COM**

בס״ד

**Dibo Hafif
57 Gravesend Neck Road, 1st Fl.
Brooklyn, New York 11223
Direct: 917.418.4837 | Email: jeffhafif@yahoo.com**

---

**September 30, 2024**  כ״ז באלול תשפ״ד

**VIA ECF**

Honorable LaShann DeArcy Hall, U.S.    Re:   <u>Hafif v.Rabbi Eli J. Mansour, et al.,</u>
United States District Court                      22-CV-1199 (LDH)(RML)
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge DeArcy Hall:

    The undersigned has carefully reviewed the most recent order on the motion for recusal, dated September 25, 2024. What is most concerning, after reading this order, is the fact that I submitted numerous letters along with signed consent, as explicitly directed by this Court in its prior orders. However, the Court appears to have disregarded these filings entirely, issuing an order that denies the recusal request based solely on ECF Document No. 82.

    I am compelled to ask: why has the Court chosen to ignore the documents I submitted in full compliance with its orders, allowing this case to stagnate? These are not unfounded accusations, but well-substantiated claims supported by the record. Please see ECF Document Nos. 86 and 87.

    One must reasonably infer that the Court exhibits bias against me, as it promptly addresses any submissions by the Defendants, yet systematically overlooks my filings. A writ of mandamus may be the only available remedy should this Court continue to fail in its legal obligations.

    Additionally, it is perplexing why the FBI has declined to investigate the serious allegations raised in this case, as well as others currently before this Court—especially those involving Adina Miles, a.k.a. the "Flatbush Girl," who has allegedly used interstate commerce to orchestrate unlawful protests within the jurisdiction of the Eastern District of New York. It is well known that civil complaints often prompt FBI and Department of Justice investigations into the corresponding defendants' potential criminal conduct. For example, this occurred in the case involving Sean Combs, a.k.a. "Puff Daddy."

    Thank you for your prompt attention to this matter.

Respectfully submitted,

*/s/ Dibo Hafif*

*Pro Se Plaintiff*
57 Gravesend Neck Road
Brooklyn, NY 11223
(917) 418-4837
jeffhafif@yahoo.com