THE LAW FIRM OF
# JEFFREY S. DWECK, P.C.
**43 West 33rd Street • Suite 304**
**New York, New York 10001**

**(212) 967-0500**
**Fax: (212) 967-0501**
**Email: Jeffrey@dweckny.com**

**Jeffrey S. Dweck, Esq.\***

**\* Also admitted in New Jersey.**

August 14, 2025

*Via ECF*
Honorable Seth D. Eichenholtz
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Dibo Hafif vs. Rabbi Eli J. Mansour, et al.
         Case No. 22-CIV-1199 (LDH-RML)
         Request for Remote participation

To the Honorable Judge Eichenholtz:

We are writing to request permission to appear telephonically at an upcoming status conference on **Tuesday, August 19, 2025.**

The reason for the request is that our firm is counsel to three (3) parties who are not quite "in" this action as yet, and for whom we wish to file a motion to dismiss. We wrote to Judge Hall on June 1, 2025 seeking a pre-motion conference with respect to same.

Specifically, we represent Miriam Sabzehroo, Raquel Sabzehroo and Toby Shacalo, individuals who were recently delivered Summonses in the above-referenced action, on or around May 13, 2025, more than three (3) years since the filing of this action, and more than four (4) years since the events complained of. In addition to the late service, the statutes of limitation on Plaintiff's claims have long run.

Thus, inasmuch as we have not been active participants in this case and will therefore have very little substantive contributions to make at the upcoming conference, we ask that this Court either excuse us or permit us to appear telephonically.

Respectfully submitted,

THE LAW FIRM OF
JEFFREY S. DWECK, P.C.

cc:     Counsel (via ECF)