UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DIBO HAFIF,

                Plaintiff,

      -against-                                  **ORDER**
                                                    22-CV-1199 (LDH) (SDE)

RABBI ELI J. MANSOUR, et al.,

                Defendants.
------------------------------------------------------------ X

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

      Plaintiff shall file proof of service on the retired officer defendants identified in Dkt. Nos. 108 and 109 by November 14, 2025.

      **SO ORDERED.**

Dated:  Brooklyn, New York
         October 16, 2025

                                                /S/  *SETH D. EICHENHOLTZ*
                                                SETH D. EICHENHOLTZ
                                                United States Magistrate Judge
                                                Eastern District of New York