Dibo Hafif
57 Gravesend Neck Road, Apt. 1
Brooklyn, New York 11223
Tel: 917.418.4837 I Email (new): jeffhafif1@gmail.com I Email (prior): jeffhafif@yahoo.com

_____

**January 29, 2026** י״א בשבט תשפ״ו

**BY ECF**

Honorable Seth D. Eichenholtz
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Hafif v. Rabbi Eli J. Mansour, et al.,** No. **22-CV-01199 (LDH) (SDE)**

Letter Motion to Reschedule Status Conference

Dear Judge Eichenholtz:

I write respectfully as Plaintiff, pro se, regarding the Court's Scheduling Orders dated January 28, 2026 and January 29, 2026.

As reflected in the Court's Orders, the status conference set for January 29, 2026 was first rescheduled from 12:00 PM to 1:00 PM, and later that same day was adjourned *sine die* after I notified the Court that I was ill. Earlier on January 29, 2026, I called the Court to report that I was suffering from a severe, contagious flu and was unable to appear.

After speaking with the Court Clerk, I was advised to confer with Defendants' counsel regarding an adjournment and to promptly file a letter motion proposing dates to reschedule the conference. I conferred with Defendants' counsel, and all parties consented to the adjournment.

I respectfully apologize to the Court and to all parties for the inconvenience, and I appreciate everyone's understanding.

Pursuant to the Court's direction, the parties are available for a rescheduled status conference on the following dates:

- February 9, 2026
- February 10, 2026
- February 26, 2026

The parties have requested that the conference be scheduled for **February 26, 2026 in the afternoon**, if the Court is available. I respectfully request that the Court schedule the next status conference on February 26, 2026 (afternoon). Alternatively, February 9 or February 10, 2026 would also be acceptable to all parties.

Thank you for the Court's time and consideration.

Respectfully submitted,

/s/ Dibo Hafif
**Dibo Hafif**
Pro se Plaintiff